# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Riley June Williams<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  21-mj-99<br>)<br>)<br>) |

## AMENDED CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1751 (a)(1),(2);<br>40 U.S.C. 5104(e)(2);<br>18 U.S.C. §§ 641, 2;<br>18 U.S.C. § 1512(c)(2) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;<br>Violent Entry and Disorderly Conduct on Capitol Grounds;<br>Aid Abet Others to, Embezzle, Steal, Purloin<br>Obstruct, Influence, or Impede any Official Proceeding |

This criminal complaint is based on these facts:
See attached statement of facts.

☑ Continued on the attached sheet.

*Complainant's signature*

Jonathan M. Lund, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/19/2021

*Judge's signature*

City and state: Washington, D.C.   Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*