AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Riley June Williams<br><br>Defendant(s) | Case No.  21-mj-99 |

## CORRECTED AMENDED CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 6, 2021  in the county of _____ in the _____ District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1752(a)(1),(2); | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; |
| 40 U.S.C. 5104(e)(2); | Violent Entry and Disorderly Conduct on Capitol Grounds; |
| 18 U.S.C. §§ 641, 2; | Aid Abet Others to, Embezzle, Steal, Purloin |
| 18 U.S.C. § 1512(c)(2) | Obstruct, Influence, or Impede any Official Proceeding |

This criminal complaint is based on these facts:
See attached statement of facts.

☑ Continued on the attached sheet.

_____
Complainant's signature

Jonathan M. Lund, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date:  01/21/2021

_____
Judge's signature

City and state:  Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
Printed name and title