IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:21-CR- 618 (ABJ) |
| | : | |
| v. | : | |
| | : | |
| RILEY JUNE WILLIAMS | : | |

**MOTION TO AMEND CONDITIONS OF RELEASE**

The defendant, Riley June Williams respectfully requests that the Court amend her conditions of release for the following reasons.

1.　Ms. Williams is charged with civil disorder in violation of 18 U.S.C. § 231(a)(3); obstruction of an official proceeding in violation of 18 U.S.C. § 1512(c)(2), 2; assaulting, resisting, or impeding certain officers in violation of 18 U.S.C. § 111(a)(1); theft of government property in violation of 18 U.S.C. §§ 641, 2; entering and remaining in a restricted building or grounds in violation of 18 U.S.C. § 1752(a)(1); disorderly and disruptive conduct in a restricted building or grounds in violation of 18 U.S.C. § 1752(a)(2);  disorderly conduct in a Capitol Building in violation of 40 U.S.C. § 5104(e)(2)(D); and parading, demonstrating, or picketing in a Capitol Building in violation of 40 U.S.C. § 5104(e)(2)(G).  *See* (Doc. 27).

2.　Currently, Ms. Williams is restricted to her residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or

other activities approved in advance by the pretrial services office or supervising officer.  *See* (Conditions of Release, January 27, 2021).

3. Ms. Williams is asking this Honorable Court to modify the conditions of release to allow her to spend Christmas Day, December 25, 2021, at her grandmother's home from 10:00 a.m. and 8:00 p.m.  A specific address and contact information can be provided to pretrial services.

4. The government has indicated to counsel that it consents to the modification.

WHEREFORE, for the foregoing reasons, Riley June Williams, respectfully requests that the Court amend her conditions of release and allow her to spend Christmas day from 10:00 a.m. – 8:00 p.m. at her grandmother's home.

Respectfully submitted,

Date: December 22, 2021

*/s/ Lori J. Ulrich*
LORI J. ULRICH, ESQUIRE
Trial Chief
Asst. Federal Public Defender
Attorney ID PA55626
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
lori_ulrich@fd.org

A.J. Kramer, Esquire
Federal Public Defender
625 Indiana Ave, NW
Suite 550
Washington D.C. 20004
Tel. No. (202) 208-7500
Fax No. (202) 501-3829
a._j._kramer@fd.org
*Attorney for Riley June Williams*