UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No.: 21-CR-00618-ABJ** |
| **v.** | : | |
| | : | |
| **RILEY WILLIAMS** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF WITHDRAWAL

The government informs the Court that Trial Attorney Danielle Rosborough, as counsel for the United States, is terminating her appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

DATED: February 8, 2022

By:   */s/ Danielle Rosborough*
Danielle Rosborough
D.C. Bar No. 1016234
Trial Attorney, National Security Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C.
202-514-0073
Danielle.Rosborough@usdoj.gov