**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CASE NO. 21-cr-618 (ABJ)** |
| **v.** | : | |
| | : | |
| **RILEY JUNE WILLIAMS,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S NOTICE OF RECENT AUTHORITY RELEVANT TO THE**
**DEFENDANT'S MOTION TO DISMISS COUNT TWO OF THE INDICTMENT**

The United States respectfully files this notice to alert the Court and counsel to a decision in this district relevant to the defendant's pending motion to dismiss Count Two of the Indictment (ECF No. 33). Judge Bates recently issued a Memorandum Opinion denying a renewed motion to dismiss a count alleging a violation of obstructing an official proceeding, in violation of 18 U.S.C. § 1512(c)(2). *United States v. McHugh*, No. 21-cr-453 (JDB), ECF No. 64 (D.D.C. May 2, 2022). The opinion is attached as Exhibit 1 to this filing.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  /s/    *Maria Y. Fedor*
Maria Y. Fedor
Attorney, detailed to the
United States Attorney's Office for the
District of Columbia
D.C. Bar No. 985823
555 Fourth Street, N.W.
Washington, DC 20530
(202) 353-7366; Maria.Fedor@usdoj.gov

Mona Sedky
Special Assistant United States Attorney

D.C. Bar. Bar 447968
555 4th Street, N.W., Rm. 4842
Washington, D.C. 20530
(202) 262-7122; Mona.Sedky2@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 3rd day of May 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

By:     */s/    Maria Y. Fedor*
        Maria Y. Fedor
        Attorney, detailed to the
        United States Attorney's Office for the
        District of Columbia
        D.C. Bar No. 985823
        555 Fourth Street, N.W.
        Washington, DC 20530
        (202) 353-7366; Maria.Fedor@usdoj.gov