UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-CR-00618 (ABJ) |
| v. : | |
| : | |
| RILEY JUNE WILLIAMS, : | |
| : | |
| Defendant. : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its undersigned counsel, the United States Attorney for the District of Columbia, herby informs the Court the above-captioned matter is now assigned to Assistant United States Attorney Joseph H. Huynh. AUSA Huynh will be substituting for AUSA Mona Sedky.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

*/s/ Joseph H. Huynh*
JOSEPH H. HUYNH
D.C. Bar No. 495403
Assistant United States Attorney (Detailed)
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401-2708
Telephone: (541) 465-6771
Joseph.Huynh@usdoj.gov