IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:21-CR-00618 |
| | : | |
| v. | : | (Judge Berman Jackson) |
| | : | |
| RILEY JUNE WILLIAMS | : | (Electronically Filed) |

**ORDER**

AND NOW this _____ day of _____, 2022, after consideration of the Motion to Amend Conditions of Release, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The conditions of home confinement and electronic location monitoring are removed from Ms. Williams' conditions of pretrial release. All other conditions of release shall remain in full force and effect.

BY THE COURT

_____
AMY BERMAN JACKSON
United States District Judge