UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Crim. Action No. 21-0618 (ABJ) |
| RILEY JUNE WILLIAMS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that defendant's Motion to Dismiss Count I [Dkt. # 36]; Motion to Dismiss Count II [Dkt. # 33]; and Motion to Dismiss Counts V and VI [Dkt. # 37] are **DENIED**.

**SO ORDERED**.

AMY BERMAN JACKSON
United States District Judge

DATE:  June 22, 2022