IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:21-CR-00618 |
| | : | |
| v. | : | (Judge Berman Jackson) |
| | : | |
| RILEY JUNE WILLIAMS | : | (Electronically Filed) |

**SUPPLEMENT TO MOTION TO MODIFY CONDITIONS OF RELEASE**

I, Lori J. Ulrich, Trial Chief, do hereby certify that Assistant United States Attorney Maria Fedor, Esquire and Assistant United States Attorney Joseph Hong Huynh, Esquire assent to the Motion to Modify Conditions of Release (Doc. 56).

Date:  June 23, 2022

Respectfully submitted,

*/s/ Lori J. Ulrich*
LORI J. ULRICH, ESQUIRE
Assistant Federal Public Defender
Attorney ID #55626
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
*lori_ulrich@fd.org*
*Attorney for Riley June Williams*

## CERTIFICATE OF SERVICE

I, Lori J. Ulrich, Esquire, of the Federal Public Defender's Office, do hereby certify that I served a copy of the foregoing **Supplement to Motion to Modify Conditions of Release** via Electronic Case Filing, and/or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, and/or by hand delivery, addressed to the following:

> MARIA Y. FEDOR, ESQUIRE
> Assistant United States Attorney
> maria.fedor@usdoj.gov
>
> JOSEPH HONG HUYNH, ESQUIRE
> Assistant United States Attorney
> joseph.huynh@usdoj.gov
>
> MASHARIA HOLMAN
> United States Probation
> masharia.holman@psa.gov
>
> RILEY JUNE WILLIAMS

Date:  June 23, 2022

/s/ Lori J. Ulrich
LORI J. ULRICH, ESQUIRE
Assistant Federal Public Defender
Attorney ID #55626
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
lori_ulrich@fd.org
*Attorney for Riley June Williams*