## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | **Case No.: 21-cr-618 (ABJ)** |
| **RILEY JUNE WILLIAMS,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |
| | **:** | |

## <u>NOTICE OF APPEARANCE</u>

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Samuel S. Dalke is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED:  July 29, 2022

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:      */s/ Samuel S. Dalke*
SAMUEL S. DALKE
Assistant United States Attorney - Detailee
Pennsylvania Bar No. 311803
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, DC 20530
Phone: (717) 221-4453
Email:  samuel.s.dalke@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

On this 29th day of July, 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Samuel S. Dalke*
SAMUEL S. DALKE
Assistant United States Attorney