IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:21-CR-00618 |
| | : | |
| v. | : | (Judge Berman Jackson) |
| | : | |
| RILEY JUNE WILLIAMS | : | (Electronically Filed) |

**ORDER**

AND NOW this _____ day of _____, 2022, after consideration of the Motion to Modify Conditions of Release, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Ms. Williams is permitted to attend the Pennsylvania Renaissance Fair on August 21, 2022 from 10:00 a.m. until 6:00 p.m.

All other release conditions ordered on January 27, 2021 shall remain in effect.

BY THE COURT

_____
AMY BERMAN JACKSON
United States District Judge