UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>  v.<br><br>**RILEY JUNE WILLIAMS,**<br><br>  Defendant. | **CR NO. 21-cr-618 (ABJ)** |

### UNOPPOSED MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States of America, through undersigned counsel, respectfully moves this Court to exclude time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) from August 12, 2022 until August 19, 2022, the date of the next status hearing in this case. In support, the government states as follows:

1. The defendant is charged with felony and misdemeanor offenses relating to her conduct during the breach of the U.S. Capitol on January 6, 2021. *See* Indictment [Dkt. # 27].

2. Following indictment, the defendant filed three motions to dismiss, along with a motion to transfer venue. *See* Motions [Dkt. # 33, 36-38].

3. The Court's February 18, 2022 Minute Order provided that the Speedy Trial Act calculation remained tolled during the pending of these four motions.

4. On June 22, 2022, the Court denied the defendant's three motions to dismiss. *See* Order and Memorandum Opinion [Dkt. # 54-55].

5. On August 12, 2022, the Court denied the defendant's motion to transfer venue. *See* Order [Dkt. # 63].

6. As result, the Speedy Trial Act calculation resumed on August 12, 2022, following the Court's Order on the last of the defendant's four outstanding motions.

7. Following the Court's August 12, 2022 decision, government counsel conferred with defense counsel and obtained concurrence in a motion to schedule a status hearing, and to exclude time under the Speedy Trial Act calculation until the status hearing could be held.

8. On August 15, 2022, prior to the government's envisioned motion, the Court *sua sponte* issued a Minute Order setting a video scheduling/status conference for August 19, 2022. The Court's Minute Order does not reference the Speedy Trial Act.

9. The Government accordingly moves, pursuant to 18 U.S.C. § 3161(h)(7)(A), to exclude time under the Speedy Trial Act in the interests of justice from August 12, 2022 until August 19, 2022, the date of the next status hearing in this case. The exclusion is necessary to allow the parties and Court time to prepare for and hold the scheduling and status conference following the Court's August 12, 2022 decision. The additional period will also allow the defendant and counsel to continue with their review the voluminous discovery in the case and to prepare for trial following the Court's decisions on the defendant's motions to dismiss and to transfer venue. Therefore, the government respectfully submits that the ends of justice served by the short exclusion would outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, the government respectfully moves that the time from August 12, 2022 until August 19, 2022 be excluded from computation under the Speedy Trial Act.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

By:  /s/ Samuel S. Dalke
SAMUEL S. DALKE
Assistant United States Attorney – Detailee
PA Bar No. 311803
601 D Street N.W., Washington, DC 200530
Samuel.S.Dalke@usdoj.gov
717-515-4095

<u>CERTIFICATE OF SERVICE</u>

      On this 17th day of August, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

              By:    <u>/s/ Samuel S. Dalke</u>
                      SAMUEL S. DALKE
                      Assistant United States Attorney – Detailee