# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>  v.<br><br>**RILEY JUNE WILLIAMS,**<br><br>  **Defendant.** | **CR NO. 21-cr-618 (ABJ)** |

## ORDER

Upon consideration of the Government's Unopposed Motion to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record,

IT IS ORDERED, pursuant to 18 U.S.C. § 3161(h)(7)(A), that the time period from August 12, 2022 until August 19, 2022, the date of the next status conference in this case, be excluded from computation of time under the Speedy Trial Act in this case, in order to allow the parties and Court time to prepare for and hold the August 19, 2022 scheduling and status conference following the Court's August 12, 2022 decision, and to allow the defendant and counsel to continue with their review the voluminous discovery in the case and to prepare for trial following the Court's decisions on the defendant's motions to dismiss and to transfer venue, and that the ends of justice served by such exclusion outweigh the best interest of the public and the defendant in a speedy trial.

_____
AMY BERMAN JACKSON
United States District Judge