IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:21-CR-00618 |
| | : | |
| v. | : | (Judge Jackson) |
| | : | |
| RILEY JUNE WILLIAMS | : | (Electronically Filed) |

**APPEARANCE OF COUNSEL**

TO THE CLERK:

Please enter my appearance on behalf of Riley June Williams in the above-captioned case.

Date: August 30, 2022

*/s/ Brandon R. Reish*
BRANDON R. REISH, ESQUIRE
Assistant Federal Public Defender
Attorney ID #91518
201 Lackawanna Ave., Ste. 317
Scranton, PA 18503
Tel. No. (570) 343-6285
Fax No. (570) 343-6225
*brandon_reish@fd.org*
*Attorney for Defendant*

CERTIFICATE OF SERVICE

I, Brandon R. Reish, Esquire, of the Federal Public Defender's Office, do hereby certify that I served a copy of the foregoing **ENTRY OF APPEARANCE**, via Electronic Case Filing, and/or by placing a copy in the United States mail, first class, in Harrisburg, Pennsylvania, and/or by hand delivery, addressed to the following:

| | |
|---|---|
| Samuel S. Dalke, Esquire | A.J. Kramer, Esquire |
| United States Attorney's Office | Federal Public Defender |
| *samuel.s.dalke@usdoj.gov* | *a._j._kramer@fd.org* |

Riley June Williams

| | |
|---|---|
| Date: August 30, 2022 | */s/ Brandon R. Reish* |
| | BRANDON R. REISH, ESQUIRE |
| | Assistant Federal Public Defender |
| | Attorney ID #91518 |
| | 201 Lackawanna Ave., Ste. 317 |
| | Scranton, PA 18503 |
| | Tel. No. (570) 343-6285 |
| | Fax No. (570) 343-6225 |
| | *brandon_reish@fd.org* |
| | *Attorney for Defendant* |