IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:21-CR-00618 |
| | : | |
| v. | : | (Judge Berman Jackson) |
| | : | |
| RILEY JUNE WILLIAMS | : | (Electronically Filed) |

**ORDER**

AND NOW this _____ day of _____, 2022, after consideration of the Motion to Preclude Evidence or Testimony, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The government is precluded from introducing any evidence or testimony at trial concerning Ms. Williams' statements or references to taking a gavel and/or a hard drive(s) from Speaker Pelosi's office on January 6.

BY THE COURT

_____
AMY BERMAN JACKSON
United States District Judge