IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:21-CR-00618 |
| | : | |
| v. | : | (Judge Berman Jackson) |
| | : | |
| RILEY JUNE WILLIAMS | : | (Electronically Filed) |

**MOTION TO WITHDRAW PREVIOUSLY FILED
MOTION TO COMPEL DISCOVERY**

AND NOW comes the Defendant, Riley June Williams, by her attorneys, Lori J. Ulrich, Trial Chief, Assistant Federal Public Defender, A.J. Kramer, Federal Public Defender, and Brandon R. Reish, Assistant Federal Public Defender, and files the following Motion to Withdraw Previously Filed Motion to Compel Discovery. In support thereof, it is averred as follows:

1.  On September 19, 2022, Ms. Williams, through counsel, filed a Motion to Compel Discovery (Doc. 71), seeking an Order directing that defense counsel be permitted to inspect the office suite of Nancy Pelosi, Speaker of the House of Representatives.

2. Since the filing of the aforementioned motion, Government counsel has arranged for defense counsel to visit and view Speaker Pelosi's office suite prior to trial.

3. Accordingly, undersigned counsel moves to withdraw the previously field Motion to Compel (Doc. 71).

WHEREFORE, the defendant, Riley June Williams, respectfully requests that this Honorable Court issue an Order deeming the previously filed Motion to Compel Discovery as withdrawn.

Respectfully submitted,

Date:  September 26, 2022

*/s/ Lori J. Ulrich*
LORI J. ULRICH, ESQUIRE
Assistant Federal Public Defender
Attorney ID #55626
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
*lori_ulrich@fd.org*

 */s/ A.J. Kramer*
A.J. KRAMER, ESQUIRE
Federal Public Defender
625 Indiana Avenue, NW
Washington, D.C. 20004
Tel. No. (202) 208-7500
*a._j._kramer@fd.org*

*s/Brandon R. Reish*
BRANDON R. REISH, ESQUIRE
Assistant Federal Public Defender
Attorney ID# PA 91518
201 Lackawanna Avenue, Suite 317
Scranton, PA  18503
Tel. No. (570)343-6285
Fax No. (570) 343-6225
*brandon_reish@fd.org*
 *Attorneys for Riley June Williams*

# CERTIFICATE OF SERVICE

I, Lori J. Ulrich, Esquire, of the Federal Public Defender's Office, do hereby certify that I served a copy of the foregoing **Motion to Withdraw Previously Filed Motion to Compel Discovery** via Electronic Case Filing, and/or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, and/or by hand delivery, addressed to the following:

SAMUEL DALKE, ESQUIRE
Assistant United States Attorney
*samuel.s.dalke@usdoj.gov*

MICHAEL GORDON, ESQUIRE
Assistant United States Attorney
*Michael.gordon3@usdoj.gov*

RILEY JUNE WILLIAMS

Date:  September 26, 2022               */s/ Lori J. Ulrich*
LORI J. ULRICH, ESQUIRE
Assistant Federal Public Defender
Attorney ID #55626
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
lori_ulrich@fd.org
*Attorney for Riley June Williams*