IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:21-CR-618-ABJ |
| | : | |
| v. | : | |
| | : | |
| RILEY JUNE WILLIAMS | : | |

**DEFENDANT'S RESPONSE TO UNITED STATES' MOTION *IN LIMINE* REGARDING EVIDENCE ABOUT THE SPECIFIC LOCATIONS OF U.S. CAPITOL POLICE SURVEILLANCE CAMERAS**

Defendant Riley June Williams, by and through her attorneys, hereby respectfully submits this response to the Government's Motion *in limine* Regarding Evidence about the Specific Locations of U.S. Capitol Police Surveillance Cameras. (Doc. 75).

**RESPONSE**

The Government seeks an order from the Court limiting the defense from cross-examining witnesses about the exact locations of United States Capitol Police ("USCP") surveillance cameras in the U.S. Capitol and from using the maps, that were provided in discovery and designated as "Highly Sensitive," showing the location of the cameras.

Ms. Williams does not oppose this motion. The defense will not use or present the camera map at trial, nor will counsel question witnesses about the exact location of the surveillance cameras.

1

Ms. Williams does submit, however, that she should be permitted to question witnesses about the lack of video footage of her in certain areas. To be specific, in Count Four of the indictment, Ms. Williams is charged with aiding and abetting the theft of government property, that being a Hewlett-Packard laptop from the office suite of Speaker Pelosi. As of this writing, no USCP footage of Ms. Williams in Speaker Pelosi's office has been provided to the defense, and this is because no USCP cameras are located in Speaker Pelosi's office. Ms. Williams should be permitted to establish this fact at trial through cross-examination of appropriate law enforcement witnesses.

Date: October 7, 2022

Respectfully submitted:

*/s/ Lori J. Ulrich*
LORI J. ULRICH, ESQUIRE
Assistant Federal Public Defender
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
*lori_ulrich@fd.org*

*/s/ A.J. Kramer*
A.J. KRAMER, ESQUIRE
Federal Public Defender
625 Indiana Avenue, NW
Washington, D.C. 20004
Tel. No. (202) 208-7500
*a._j._kramer@fd.org*

                                          */s/Brandon R. Reish*
                                        BRANDON R. REISH, ESQUIRE
                                        Assistant Federal Public Defender
                                        201 Lackawanna Avenue, Suite 317
                                        Scranton, PA  18503
                                        Tel. No. (570)343-6285
                                        Fax No. (570) 343-6225
                                        *brandon_reish@fd.org*

                                        *Attorneys for Riley June Williams*

## CERTIFICATE OF SERVICE

I, Lori J. Ulrich, Esquire, of the Federal Public Defender's Office, do hereby certify that I served a copy of the foregoing **Defendant's Response to United States' Motion *in limine* Regarding Evidence about the Specific Locations of U.S. Capitol Police Surveillance Cameras** via Electronic Case Filing, and/or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, and/or by hand delivery, addressed to the following:

SAMUEL DALKE, ESQUIRE
Assistant United States Attorney
*samuel.s.dalke@usdoj.gov*

MICHAEL GORDON, ESQUIRE
Assistant United States Attorney
*michael.gordon3@usdoj.gov*

RILEY JUNE WILLIAMS

Date:  October 7, 2022                    */s/ Lori J. Ulrich*
                                          LORI J. ULRICH, ESQUIRE
                                          Assistant Federal Public Defender
                                          100 Chestnut Street, Suite 306
                                          Harrisburg, PA 17101
                                          Tel. No. (717) 782-2237
                                          Fax No. (717) 782-3881
                                          lori_ulrich@fd.org
                                          *Attorney for Riley June Williams*