**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:21-cr-618-ABJ |
| RILEY JUNE WILLIAMS | |

## NOTICE OF FILING REDACTED AND AMENDED INDICTMENT

The United States of America moved to strike language referring to the "Vice President-elect" in Counts Five and Six of the Indictment. *See* ECF No. 87. Per the Court's Minute Order of October 12, 2022, which granted the motion, the United States hereby provides the Court and the Defendant with notice that an amended version of the Indictment, with the language referring to the "Vice President-elect" redacted from Counts Five and Six, is attached as Exhibit 1.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481 052


*/s/ Michael M. Gordon*
MICHAEL M. GORDON
Assistant United States Attorney
Florida State Bar No. 1026025
400 N. Tampa St., Suite 3200
Tampa, Florida 33602
michael.gordon3@usdoj.gov
Telephone: 813-274-6370

*/s/ Samuel S. Dalke*
SAMUEL S. DALKE
Assistant United States Attorney
Pennsylvania State Bar No. 311083
228 Walnut Street, Suite 220
Harrisburg, PA 17101
samuel.s.dalke@usdoj.gov
Telephone: 717-221-4453