UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:21-cr-618 (ABJ) |
| RILEY JUNE WILLIAMS | |

**Proposed *Voir Dire***

**1.    Joint Statement of the Case to Read to Prospective Jurors**

The United States has charged the defendant in connection with events which occurred at the United States Capitol on January 6, 2021. Count One charges the defendant the defendant with obstructing, impeding, and interfering with law enforcement officers from the United States Capitol Police or District of Columbia Metropolitan Police Department during a civil disorder. Count Two charges the defendant with obstructing an official proceeding, specifically Congress's meeting at the U.S. Capitol on January 6, 2021, to certify the Electoral College vote for president, or aiding and abetting others in obstructing that proceeding.  Count Three charges the defendant with assaulting, resisting, opposing, impeding, intimidating, or interfering with law enforcement officers inside the Capitol building or on the grounds. Count Four charges the defendant with stealing government property, or aiding and abetting another person in stealing the property.  Counts Five through Eight charge the defendant with entering and remaining in a restricted building or grounds, disorderly or disruptive conduct in a Capitol building or restricted area, and parading, demonstrating, or picketing in a Capitol building.

The defendant has pleaded not guilty to all charges.

2. **Proposed *Voir Dire* Questions**

**General questions**

- a. Do you have any difficulty speaking, reading, writing, or understanding the English language?

- b. Do you have any vision or hearing issues, or any other physical, health, or medical conditions, that might interfere with your ability to hear or understand what the witnesses say, to view exhibits and photographs, or to give this trial your full attention?

- c. Do you live outside of the District of Columbia?

- d. Did you graduate high school? If yes, did you attend college? If yes, did you graduate college? If yes, did you go to graduate school? If yes, did you complete it?

- e. Are you employed? If yes, are you responsible for hiring, firing, or supervising anyone?

- f. Are you married?

**Questions involving publicity and predisposition due to nature of case**

- g. Do you know or are you acquainted with the defendant in this case, Riley June Williams?

- h. Have you seen or heard anything in the news or elsewhere about Ms. Williams?

- i. Do you live or work at or near the U.S. Capitol building or its grounds? Did you on January 6, 2021?

- j. Have you followed the news about the events that took place at the U.S. Capitol on January 6, 2021?

- k. If you answered "yes" to the previous question, would you describe yourself as having <u>closely</u> followed the news related to the events at the U.S. Capitol on January 6, 2021?

- l. Have you watched any of the January 6 Commission Hearings?

- m. Do you or someone you know have a direct or indirect connection to the events that occurred at the U.S. Capitol on January 6, 2021?

n. Were you, your family, or your close friends affected by the events at the U.S. Capitol on January 6, 2021, or the response?

o. Some people have strong feelings – both positive and negative – about the events that occurred on January 6, 2021. Do you believe that you can sit fairly and impartially in a case in which a defendant is charged with unlawfully entering the Capitol and assaulting, resisting, or impeding police officers that were on duty that day?

p. Do you have any impressions or feelings, positive or negative, about how the Department of Justice has been handling the criminal cases arising from the events at the U.S. Capitol on January 6, 2021, that would make it hard for you to be a fair and impartial juror in this case?

q. Have you seen, heard, or followed anything in the news or elsewhere about specific individuals who were present at the U.S. Capitol on January 6, 2021?

r. Have you ever watched video or read news articles about a woman accused of stealing Speaker of the House Nancy Pelosi's laptop, or allegedly planning to sell that laptop to Russian intelligence?

s. Do you have any strong personal feelings or opinions about the outcome of the 2020 presidential election, such that it would impact your ability to be fair and impartial in this case?

t. Do any of you believe the 2020 presidential election was stolen, corrupt, or fraudulent?

**Knowledge of the participants**

u. The government is represented in this case by Assistant United States Attorneys Sam Dalke and Mike Gordon. (Please have them stand and introduce themselves.) Do you know Mr. Dalke or Mr. Gordon?

v. Do you know or are you acquainted with Mathew M. Graves, the United States Attorney for the District of Columbia?

w. Ms. Williams is represented in this case by Assistant Federal Public Defenders Lori Ulrich, Amanda Gaynor, or Brandon Reish. (Please have them stand and introduce themselves.) Do you know Ms. Ulrich, Ms. Gaynor, or Mr. Reish?

x. Does anyone have any opinions about prosecutors or defense attorneys that might affect your ability to serve as a fair and impartial juror?

y. (Introduce courtroom personnel.) Do you know or are you acquainted with any of these individuals?

    z.      The following individuals may be called as witnesses or mentioned by name in this case. Do you recognize any of the following names? Read list of names.

    aa.    There are many people on this jury panel. Do you recognize another member of the panel as being a relative, close friend, or associate?

**Legal concepts**

    bb.    Does anyone believe that because Ms. Williams was charged, she is probably guilty?

    cc.    The burden of proof, as in all criminal cases, is proof beyond a reasonable doubt, and this burden rests on the government and never shifts to the defendant. The defendant is presumed innocent unless the government meets that burden, and she has no obligation to offer her own defense. Would anyone have any difficulty or hesitation with respecting this allocation of the burden of proof?

    dd.    The government is not required to prove its case to a mathematical certain or prove guilt beyond all doubt. Would anyone of you require proof to a mathematical certain or prove guilt beyond all doubt?

    ee.    All defendants have a constitutional right not to testify, and if Ms. Williams decides not to testify, I will instruct you that you cannot hold her silence against her in any way. Would you have any difficulty following that instruction?

    ff.    Jurors are the sole judges of the facts, but they must follow the principles of law as I instruct. The jury may not choose to follow some rules of law and ignore others, and even if the jury disagrees with or dislikes a rule of law, or does not understand the reasons for some of the rules, it is the jury's duty to follow those rules. Will you have any difficulty following my legal instructions, whatever they may be?

**Familiarity with news and social media**

    gg.    Do you check the news daily, whether via newspaper, television, the Internet, or another source?

    hh.    Do you use social media?

    ii.    Are you familiar with the communication platform Discord?

    jj.    Are you familiar with the communication platform Snap?

    kk.    Have you attended a protest, rally, or demonstration in the last 6 years? Did you observe law enforcement present at it? Did you interact with law enforcement officers there?

**Questions about 404b materials**

ll. Are you familiar with Alex Jones? Do you listen to or watch "Infowars"?

mm. Are you familiar with Nick Fuentes? Do you listen or watch "America First"?

nn. Are you familiar with the Groyper Army, accelerationism, or Pepe the Frog?

oo. Are you familiar with the "Stop the Steal" slogan and/or the "Million MAGA" rally?

pp. Are you familiar with the term alt-right?

qq. If the defendant subscribed to or followed any of these people, groups, or beliefs, and/or attended any associated events, would it prevent you from serving as a fair and impartial juror in this case?

rr. If you are selected as a juror in this case, I will continue to instruct you to avoid all media coverage relating to this case, including radio, television, podcasts, social media, and other Internet sources. That is, you will be forbidden from reading any newspaper articles about this case, listening to any radio or podcast stories about this case, or watching any TV news about this case. You will also be forbidden from Googling this case, blogging, tweeting, reading, or posting comments about this case on social media sites or anywhere else on the Internet. Do you have any reservations or concerns about your ability or your willingness to follow this instruction?

**Questions regarding relationship with criminal justice system**

ss. Do you work for any law enforcement agency or do you have any close friends or family that work in law enforcement? This includes any local police or sheriff's department in or outside the District and it includes federal law enforcement agencies like the FBI, the Secret Service, the Department of Homeland Security, the U.S. Capitol Police, and the National Guard. It also includes any prosecutors' offices, such as a U.S. Attorney's office, a state's attorney's office, or a district attorney's office.

tt. I will instruct the jury at the end of the trial that the testimony of a police officer should be treated the same as testimony from any other witness and that the jury should give neither greater nor lesser weight to the testimony of a witness simply because that witness is a police officer. Do you have such strong feelings or opinions about law enforcement officers, either positive or negative, that it would

|      | |
|------|---|
| | be difficult for you to be an impartial juror in a case involving testimony from law enforcement officers? |
| uu. | Do you, a family member, or close friend work for the legislative branch of the United States? |
| vv. | Has anyone in this group ever attended law school, worked as a lawyer, worked as a paralegal, or otherwise worked in a law office?  Have any members of your immediate family or close personal friends done so? |
| ww. | Has anyone in this group ever been arrested for, charged with, or convicted of a crime, other than traffic violations?  Have any members of your immediate family or close personal friends? |
| xx. | If yes, do you believe the justice system treated you (or your family member or friend) fairly? Was there anything about the experience that you believe makes you unable to be fair and impartial as a juror in this case? |
| yy. | Has anyone in this group ever been the victim of or witness to a crime? Have any members of your immediate family or close personal friends? If yes, do you believe the justice system treated you (or your family member or friend) fairly? Was there anything about the experience that you believe makes you unable to be fair and impartial as a juror in this case? |

**Prior Jury Service or Appearance as Witness**

|      | |
|------|---|
| zz. | Have you ever served as a grand juror in either state or federal court? Was there anything about the experience that you believe makes you unable to be fair and impartial as a juror in this case? |
| aaa. | Have you ever served as a trial juror in a criminal or civil case? If so, did the jury reach a verdict? Were you the foreperson?  Was there anything about the experience that you believe makes you unable to be fair and impartial as a juror in this case? |
| bbb. | Have you ever appeared as a witness in either state or federal court? Was there anything about the experience that you believe makes you unable to be fair and impartial as a juror in this case? |

**Roles of the Court and Final Questions**

ccc. If, after considering all of the evidence and my instructions on the law, you find the defendant guilty of one or more counts in the indictment, it will be my job as the judge and my job alone to determine the punishment. The law does not permit you to consider the issue of punishment because there are factors, having nothing to do with this trial, which will help me determine the appropriate sentence, if any. Would you have difficulty or would you be uncomfortable serving as a juror knowing that you will not have any say in any fine, restitution, or jail sentence that I may impose?

ddd. (Describe the Courtroom COVID-19 protocols, such as plexiglass, masks, and spacing, if any.) Would any of you be uncomfortable serving as a juror with these safety protocols in place?

eee. Do you have any personal beliefs, whether religious, philosophical, or otherwise, such that you could not, after hearing all the evidence and law in this case, pass judgment on another person in a criminal case?

fff. To reach a verdict on a particular charge, every juror must agree on the verdict. That is, any verdict must be unanimous. In deliberations you must consider the opinions and points of your fellow jurors, but you must also follow your own conscience and be personally satisfied with any verdict. Would you have difficulty expressing your own opinions and thoughts about this case to your fellow jurors?

ggg. We expect the presentation of evidence in this case to conclude late this week or early next week. After the close of evidence, the jury will deliberate until it reaches a decision. Would serving as a juror in this case be an extreme hardship to you? And by this this, I mean extreme. Serving on a jury is often inconvenient. What I am asking is whether serving on this jury would be very difficult to you.

    hhh.    My final question is a catchall question. Are there any other reasons that I have not asked about that make you unable to sit fairly, impartially, and attentively as a juror in this case?

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481 052

*/s/ Michael M. Gordon*
MICHAEL M. GORDON
Assistant United States Attorney
Florida State Bar No. 1026025
400 N. Tampa St., Suite 3200
Tampa, Florida 33602
Tel. No.: (813) 274-6370
michael.gordon3@usdoj.gov

*/s/ Samuel S. Dalke*
SAMUEL S. DALKE
Assistant United States Attorney
Pennsylvania State Bar No. 311083
228 Walnut Street, Suite 220
Harrisburg, PA 17101
Tel. No.: (717) 221-4453
samuel.s.dalke@usdoj.gov

*/s/ Lori J. Ulrich*
LORI J. ULRICH
Assistant Federal Public Defender
Attorney ID #55626
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-2237
lori_ulrich@fd.org

*/s/ Brandon R. Reish*
BRANDON R. REISH
Assistant Federal Public Defender
Attorney ID# PA 91518
201 Lackawanna Avenue, Suite 317
Scranton, PA 18503
Tel. No. (570)343-6285
brandon_reish@fd.org

*Counsel for Defendant*