UNITED STATES
V
RILEY JUNE WILLIAMS

GOVERNMENT'S EXHIBIT LIST                                    CRIMINAL CASE 21-CR-618

| Exhibit Number | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Exhibits sent into jury (date & time) | Defense Objections[1] |
|---|---|---|---|---|---|---|
| **1.0** | **Body-Worn Camera** | | | | | |
| 1.1 | Body Worn Camera footage from MPD Officer Benjamin Rubin, X6039BFH3 | | | | | |
| 1.2 | Body Worn Camera footage from MPD Officer Ashley Mancuso, X6039BDGY | | | | | |
| 1.3 | Body Worn Camera footage from MPD Officer Randy Done, X6039B7MF | | | | | |
| 1.4 | Body Worn Camera footage from MPD Officer Anam Mumtaz, X6039BDF8 | | | | | |
| 1.5 | Body Worn Camera footage from MPD Officer Darrin Bates, X6039BGXT | | | | | |
| 1.6 | Body Worn Camera footage from MPD Officer Rochelle Butler Elliott, X6039BFB5 | | | | | |
| 1.7 | Body Worn Camera footage from MPD Officer Michael Reese, X6039BAA3 | | | | | |
| 1.8 | Body Worn Camera footage from MPD Officer Sean McCloskey, X6039BBTY | | | | | |
| 1.9 | Snapshot from Body Worn Camera footage from MPD Officer Anam Mumtaz, X6039BDF8, 3:05:29 PM | | | | | |
| 1.10 | Snapshot from Body Worn Camera footage from MPD Officer | | | | | |

---

[1] All numerical references refer to specific Federal Rules of Evidence. The Defendant reserves her right to revise and supplement her objections upon consultation with the Government and after reviewing the final version of the Government's exhibits.

UNITED STATES
V
RILEY JUNE WILLIAMS

GOVERNMENT'S EXHIBIT LIST                              CRIMINAL CASE 21-CR-618

|       |                                                                                           |   |   |   |   |   |
|-------|-------------------------------------------------------------------------------------------|---|---|---|---|---|
|       | Robert Marsh, X6039BJ6K, 3:06:11 PM                                                       |   |   |   |   |   |
| 1.11  | Snapshot from Body Worn Camera footage from MPD Officer Randy Done, X6039B7MF, 3:06:11 PM |   |   |   |   |   |
| 1.12  | Snapshot from Body Worn Camera footage from MPD Officer Darrin Bates, X6039BGXT, 3:07:18 PM |   |   |   |   |   |
| 1.13  | Snapshot from Body Worn Camera footage from MPD Officer Sean McCloskey, X6039BBTY, 3:14:53 PM |   |   |   |   |   |
|       |                                                                                           |   |   |   |   |   |
| **2.0** | **U.S. Capitol Closed-Circuit Television (CCTV)**                                       |   |   |   |   |   |
| 2.1   | CCTV 0102 Senate Wing Door near S139, 2:15:02 -- 2:16:05 PM                               |   |   |   |   |   |
| 2.2   | CCTV 0402 Crypt North, 2:17:13 -- 2:25:40 PM                                              |   |   |   |   |   |
| 2.3   | CCTV 0403 Crypt South, 2:25:22 -- 2:26:36 PM                                              |   |   |   |   |   |
| 2.4   | CCTV 0171 Memorial Door, 2:26:44 -- 2:29:40 PM                                            |   |   |   |   |   |
| 2.5   | CCTV 0960 Rotunda North, 2:31:45 -- 2:32:19 PM                                            |   |   |   |   |   |
| 2.6   | CCTV 0263 H227 Hallway, 2:31:17 -- 2:34:19 PM                                             |   |   |   |   |   |
| 2.7   | CCTV 0931 H230, 2:31:56 -- 2:35:32 PM                                                     |   |   |   |   |   |
| 2.8   | CCTV 0935 H230, 2:34:30 -- 2:36:06 PM                                                     |   |   |   |   |   |
| 2.9   | CCTV 0960 Rotunda North, 2:39:50 -- 2:41:08 PM                                            |   |   |   |   |   |
| 2.10  | CCTV 0959 Rotunda South, 2:39:50 – 2:41:09 PM                                             |   |   |   |   |   |
| 2.11  | CCTV 0960 Rotunda North, 2:43:11 – 2:44:59 PM                                             |   |   |   |   |   |
| 2.12  | CCTV 0959 Rotunda South, 2:43:14 -- 2:44:55 PM                                            |   |   |   |   |   |

UNITED STATES
V
RILEY JUNE WILLIAMS

GOVERNMENT'S EXHIBIT LIST                                   CRIMINAL CASE 21-CR-618

| | | | | | | |
|---|---|---|---|---|---|---|
| 2.13 | CCTV 0686 Rotunda Door Interior, 2:55:53 -- 2:57:30 PM | | | | | |
| 2.14 | CCTV 0959 Rotunda South, 2:56:08 -- 3:20:20 PM | | | | | |
| 2.15 | CCTV 0960 Rotunda North, 2:56:08 -- 3:20:20 PM | | | | | |
| 2.16 | CCTV 0686 Rotunda Door Interior, 3:20:24 -- 3:22:43 PM | | | | | |
| 2.17 | CCTV 7029 Rotunda Door Interior, 3:20:54 -- 3:23:58 PM | | | | | |
| 2.18 | CCTV 0933 CVC Elevator Tower North, 3:24:00 -- 3:24:34 PM | | | | | |
| 2.19 | CCTV 0932 CVC Elevator Tower South, 3:25:12 -- 3:26:09 PM | | | | | |
| 2.20 | CCTV 7202 East Front House Egg, 3:30:12 -- 3:30:44 PM | | | | | |
| 2.21 | CCTV 7213 Senate Trolley Stop, 3:56:39 -- 3:57:15 PM | | | | | |
| 2.22 | CCTV 7214 Senate Plaza Outbound, 3:57:09 -- 3:57:23 PM | | | | | |
| 2.23 | CCTV 1065 1st C NW, 4:06:44 -- 4:07:11 PM | | | | | |
| | | | | | | |
| **3.0** | **Open Source Video and Images** | | | | | |
| 3.1 | Video clip from ITV News Catchup Video, 20:37 to 21:09 | | | | | 403/901 |
| 3.2 | Video clip from Facebook video posted by Stephen Horn, 12:05 to 16:25 | | | | | same |
| 3.3 | Video clip from the Pete Santilli Show, 1:43:33 to 1:46:42 | | | | | same |
| 3.4 | Video clip from Facebook taken by Barbie Jenna Ryan, 8:24 to 10:35 | | | | | same |
| 3.5 | Video clip from InfoWars RAW FOOTAGE, 9:04 to 9:45 | | | | | same |
| 3.6 | Video clip titled Capitol Hill Occupy, 9:45 to 16:00 | | | | | same |
| 3.7 | Video clip from NewsFlare Video, 4:15 to 6:35 | | | | | same |
| 3.8 | Photograph from Mark Peterson and Redux Pictures | | | | | same |

3

UNITED STATES
V
RILEY JUNE WILLIAMS

GOVERNMENT'S EXHIBIT LIST                                CRIMINAL CASE 21-CR-618

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3.9 | Snapshot from ITV News Catchup Video | | | | | | same |
| 3.10 | Snapshot 1 from Pete Santilli Show Video | | | | | | same |
| 3.11 | Snapshot 2 from Pete Santilli Show Video | | | | | | same |
| 3.12 | Snapshot 3 from Pete Santilli Show Video | | | | | | same |
| 3.13 | Video from Jannypilled Twitter Account of defendant walking over wall on Capitol Grounds | | | | | | same |
| 3.14 | Video from Jannypilled Twitter Account of defendant approaching broken glass windows adjacent to Senate Wing Door | | | | | | same |
| 3.15 | Video from Jannypilled Twitter Account of defendant in Crypt and West Front Terrace of Capitol | | | | | | same |
| 3.16 | Video from Jannypilled Twitter Account of defendant in Speaker's Conference Room with laptop | | | | | | same |
| 3.17 | Video from Jannypilled Twitter Account of defendant in Speaker's Office Suite | | | | | | same |
| 3.18 | Video from Jannypilled Twitter Account of defendant taking video from West Front Terrace of Capitol | | | | | | same |
| 3.19 | Screenshot of Jannypilled Twitter Account of defendant's posts on Discord | | | | | | same |
| 3.20 | Screenshot 1 of defendant's 1/6/21 discord posts | | | | | | same |
| 3.21 | Screenshot 2 of defendant's 1/6/21 discord posts | | | | | | same |
| 3.22 | Screenshot 3 of defendant's 1/6/21 discord posts | | | | | | same |
| 3.23 | Screenshot 4 of defendant's 1/6/21 discord posts | | | | | | same |
| | | | | | | | |
| | | | | | | | |

UNITED STATES
V
RILEY JUNE WILLIAMS

GOVERNMENT'S EXHIBIT LIST                                   CRIMINAL CASE 21-CR-618

| | | | | | | |
|---|---|---|---|---|---|---|
| **4.0** | **Videos, Images, & Calls from Known Individuals** | | | | | |
| 4.1 | 1/6/21 Kirk Sidlo Video "0L9A9515 (1)" | | | | | 401/402/403 901/Sixth Amend |
| 4.2 | 1/6/21 Kirk Sidlo Video "0L9A9518 (1)" | | | | | same |
| 4.3 | Kirk Sidlo Certificate of Authenticity | | | | | 801/901/401 402/403/Sixth Amend |
| 4.4 | 1/6/21 video from cellphone of Anthony Mariotto titled "IMG_4014.MOV" | | | | | 401/402/403 901/Sixth Amend |
| 4.5 | 1/6/21 video from cellphone of Anthony Mariotto titled "IMG_4010.MOV" | | | | | same |
| 4.6 | 1/6/21 video from cellphone of Anthony Mariotto titled "IMG_4011.MOV" | | | | | same |
| 4.7 | 1/6/21 video from cellphone of Nicholas Ochs titled "IMG_1184.MOV" | | | | | same |
| 4.8 | 1/6/21 video from cellphone of James Douglas Rahm III titled "GX010297.MP4" | | | | | same |
| 4.9 | 1/6/21 video from cellphone of Kevin Lyons titled "20210106_142705.mp4" | | | | | same |
| 4.10 | 1/6/21 video from cellphone of Hunter Palm titled "VID_20210106_143131332.mp4" | | | | | same |
| 4.11 | 1/10/22 Recorded Call from Riley Williams to Jonah Thomas | | | | | 401/402/403 404(b)/801/901 |
| 4.12 | 1/6/21 photograph from cellphone of Christopher Cunningham of the Office of the Speaker | | | | | 401/402/403 901/Sixth Amend |
| 4.13 | Snapshot from 1/6/21 Kirk Sidlo Video "0L9A9518 (1)" | | | | | same |
| 4.14 | Snapshot from 1/6/21 video from cellphone of Anthony Mariotto titled "IMG_4010.MOV" | | | | | same |

UNITED STATES
V
RILEY JUNE WILLIAMS

GOVERNMENT'S EXHIBIT LIST                               CRIMINAL CASE 21-CR-618

| | | | | | | |
|---|---|---|---|---|---|---|
| 4.15 | Snapshot from 1/6/21 video from cellphone of Nicholas Ochs titled "IMG_1184.MOV" | | | | | same |
| 4.16 | Snapshot from 1/6/21 video from cellphone of James Douglas Rahm III titled "GX010297.MP4" | | | | | same |
| 4.17 | Snapshot from 1/6/21 video from cellphone of Hunter Palm titled "VID_20210106_143131332.mp4" | | | | | same |
| 4.18 | Nine Photographs Taken by Ryan Patrick Myers on 1/6/21 | | | | | same |
| | | | | | | |
| **5.0** | **Evidence Collected from Riley Williams** | | | | | |
| 5.1 | 10 photographs taken on 1/18/21 from room and residence of Riley Williams, including black skirt, zebra print bag, green "I'm with groyper" shirt, brown trench coat, and hammer hat with accelerationism symbol | | | | | 404(b)?/701 |
| 5.2 | Photo taken of defendant's vehicle, showing black boots among other items | | | | | same |
| 5.3 | Two photos of defendant's White Apple Iphone 12 in clear case with pink glitter card holder | | | | | |
| 5.4 | Computer Forensics Report dated 2/10/21 relating to 3 devices | | | | | 401/404(b)/801 |
| 5.5 | Computer Forensics Report dated 2/18/21 of 10 devices | | | | | 801/901/404(b) 403 |
| 5.6 | Ipad Serial No. DMPQM2NRG5W0 | | | | | |
| 5.7 | Iphone with cracked screen | | | | | |
| 5.8 | Iphone S with FCC ID: BCG-E2944A | | | | | |
| 5.9 | Custom Built White Desktop Computer, S/N 192211392 | | | | | |
| 5.10 | Blue Asus Laptop, s/n F9N0CX338784407 | | | | | |

UNITED STATES
V
RILEY JUNE WILLIAMS

GOVERNMENT'S EXHIBIT LIST                    CRIMINAL CASE 21-CR-618

| | | | | | | |
|---|---|---|---|---|---|---|
| 5.11 | Black & Silver Iphone, model A1303 | | | | | |
| 5.12 | White Iphone with cracked black case, Model A1332 | | | | | |
| 5.13 | Green Samsung AT&T cellphone | | | | | |
| 5.14 | Rose Gold Iphone, Model A1549 | | | | | |
| 5.15 | Black Nokia Tesar Cellphone with case | | | | | |
| 5.16 | Black Iphone, Model A1303 | | | | | |
| 5.17 | White Apple Iphone 12 in clear case with pink glitter card holder | | | | | |
| 5.18 | U.S. Postal Service Invoice | | | | | 401/402/403 404(b) |
| | | | | | | |
| **6.0** | **Snap, Inc. Search Warrant Return** | | | | | |
| 6.1 | Certificate of Authenticity for Snap Inc. Records | | | | | 401/402/403 404(b)/801/901/701 |
| 6.2 | Snap, Inc. User "riley_june" Subscriber Information | | | | | same |
| 6.3 | Snap Inc. User "riley_june" Geo Location Data | | | | | same |
| 6.4 | Snap Inc. User "riley_june" Friend Data | | | | | same |
| 6.5 | Snap Inc. User "riley_june" Message Data | | | | | same |
| 6.6 | Snap Inc. User "riley_june" IP data | | | | | same |
| | | | | | | |
| **7.0** | **T-Mobile Search Warrant Return** | | | | | |
| 7.1 | Certificate of Authenticity for T-Mobile Records | | | | | 401/402/403 404(b)/801/901/701 |
| 7.2 | Excerpts of T-Mobile text records from the defendant's phone 717-686-2507, 1/4/21 to 1/18/21 | | | | | same |
| 7.3 | Full Record of T-Mobile text records from the defendant's phone 717-686-2507, 1/3/21 to 1/27/21 | | | | | same |

UNITED STATES
V
RILEY JUNE WILLIAMS

GOVERNMENT'S EXHIBIT LIST                                  CRIMINAL CASE 21-CR-618

| | | | | | | |
|---|---|---|---|---|---|---|
| 7.4 | T-Mobile call log and data from the defendant's phone 717-686-2507, 1/3/21 to 1/27/21 | | | | | same |
| 7.5 | T-Mobile subscriber data for the defendant's phone 717-686-2507 | | | | | same |
| 7.6 | Excerpts of T-Mobile text records from the defendant's phone 717-882-7784, 1/11/21 to 1/17/21 | | | | | same |
| 7.7 | Full Record of T-Mobile text records from the defendant's phone 717-882-7784, 1/11/21 to 1/18/21 | | | | | same |
| 7.8 | T-Mobile call log and data from the defendant's phone 717-882-7784, 1/11/21 to 1/17/21 | | | | | same |
| 7.9 | T-Mobile subscriber data for the defendant's phone 717-882-7784 | | | | | same |
| 7.10 | T-Mobile Instructions for Interpreting Records | | | | | same |
| | | | | | | |
| **8.0** | **Discord Search Warrant Return** | | | | | |
| 8.1 | Certificate of Authenticity for defendant's Three Discord Records | | | | | 401/402/403 404(b)/801/901/701 |
| 8.2 | Excerpts of Discord Direct Messages between riley#8737 and Imperator#8401, 1/4/21 to 1/7/21 | | | | | same |
| 8.3 | Image attachment sent by riley#8737 to Imperator#8401 in Discord Direct Message chat on 1/5/21 | | | | | same |
| 8.4 | Five image attachments sent by riley#8737 to Imperator#8401 in Discord Direct Message chat on 1/7/21 | | | | | same |
| 8.5 | Excerpts of Discord Direct Messages between riley#8737 and Tal the Zealot#5008, 12/30/20 to 1/6/21 | | | | | same |
| 8.6 | Discord Direct Messages between riley#8737 and hexamine#0753 from 1/6/21 | | | | | same |

8

UNITED STATES
V
RILEY JUNE WILLIAMS

GOVERNMENT'S EXHIBIT LIST                   CRIMINAL CASE 21-CR-618

| | | | | | | |
|---|---|---|---|---|---|---|
| 8.7 | Excerpts of Discord Direct Messages between riley#8737 and UberFranz2#3293, 1/4/21 to 1/5/21 | | | | | same |
| 8.8 | Excerpts of Discord Direct Messages between riley#8737 and collectorzani#9517, 12/27/20 to 1/7/21 | | | | | same |
| 8.9 | Video attachment sent by riley#8737 to collectorzani#9517 in Discord Direct Message chat on 1/7/21 | | | | | same |
| 8.10 | Second Video attachment sent by riley#8737 to collectorzani#9517 in Discord Direct Message chat on 1/7/21 | | | | | same |
| 8.11 | Eight Image attachments sent by riley#8737 to collectorzani#9517 in Discord Direct Message chat on 1/7/21 | | | | | same |
| 8.12 | Third Video attachment sent by riley#8737 to collectorzani#9517 in Discord Direct Message chat on 1/7/21 | | | | | same |
| 8.13 | Fourth Video attachment sent by riley#8737 to collectorzani#9517 in Discord Direct Message chat on 1/7/21 | | | | | same |
| 8.14 | Fifth Video attachment sent by riley#8737 to collectorzani#9517 in Discord Direct Message chat on 1/7/21 | | | | | same |
| 8.15 | Sixth Video attachment sent by riley#8737 to collectorzani#9517 in Discord Direct Message chat on 1/7/21 | | | | | same |
| 8.16 | Seventh Video attachment sent by riley#8737 to collectorzani#9517 in Discord Direct Message chat on 1/7/21 | | | | | same |
| 8.17 | Eighth Video attachment sent by riley#8737 to collectorzani#9517 | | | | | same |

UNITED STATES
V
RILEY JUNE WILLIAMS

GOVERNMENT'S EXHIBIT LIST             CRIMINAL CASE 21-CR-618

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | in Discord Direct Message chat on 1/7/21 |  |  |  |  |  |
| 8.18 | Ninth Video attachment sent by riley#8737 to collectorzani#9517 in Discord Direct Message chat on 1/7/21 |  |  |  |  | same |
| 8.19 | IP addresses associated with Riley#8737 Discord Account |  |  |  |  | same |
| 8.20 | Excerpts of group chat in Discord Server ending x9433 between R*ley#3383 and others, 1/16/21 to 1/18/21 |  |  |  |  | same |
| 8.21 | Image attachment sent by R*ley#3383 on 1/17/21 in group chat on Discord Server ending x9433 |  |  |  |  | same |
| 8.22 | Excerpts of Discord Direct Messages between R*ley#3383 and Imperator#8401, 1/12/21 to 1/15/21 |  |  |  |  | same |
| 8.23 | Video attachment sent by R*ley#3383 to Imperator#8401 in Discord Direct Message chat on 1/13/21 |  |  |  |  | same |
| 8.24 | IP addresses associated with R*ley#3383 Discord Account |  |  |  |  | same |
| 8.25 | Excerpts of Discord Direct Messages between Luke 2122#8066 and â€"â€"#0420, 1/8/21 to 1/11/21 |  |  |  |  | same |
| 8.26 | IP addresses associated with R*ley#3383 Discord Account |  |  |  |  | same |
|  |  |  |  |  |  |  |
| **9.0** | **Apple iCloud Search Warrant Return** |  |  |  |  |  |
| 9.1 | Certificate of Authenticity for Apple iCloud Records |  |  |  |  | 401/402/403 404(b)/801/901/701 |
| 9.2 | Apple iCloud Account and Subscriber Information for rjwho@icloud.com account |  |  |  |  | same |

10

UNITED STATES
V
RILEY JUNE WILLIAMS

GOVERNMENT'S EXHIBIT LIST                                         CRIMINAL CASE 21-CR-618

| | | | | | | |
|---|---|---|---|---|---|---|
| 9.3 | "IMG_4522" Video from rjwho@icloud.com account, with date of 11/10/20 | | | | | same |
| 9.4 | "IMG_4904" Image from rjwho@icloud.com account, with date of 11/22/20 | | | | | same |
| 9.5 | Video taken on 12/5/20 of the Stop the Steal Rally on PA State Capitol steps led by Nick Fuentes, from rjwho@icloud.com account | | | | | same |
| 9.6 | "IMG_5654" Image from rjwho@icloud.com account, with date of 12/9/20 | | | | | same |
| 9.7 | "IMG_5833" Image from rjwho@icloud.com account, with date of 12/9/20 | | | | | same |
| 9.8 | Video taken on 12/12/20 of Rally in Washington DC, from rjwho@icloud.com account | | | | | same |
| 9.9 | Second Video taken on 12/12/20 of Rally in Washington DC, from rjwho@icloud.com account | | | | | same |
| 9.10 | Third Video taken on 12/12/20 of Rally in Washington DC, from rjwho@icloud.com account | | | | | same |
| 9.11 | "IMG_5884" Image from rjwho@icloud.com account of defendant with Nick Fuentes at the 12/20/20 Rally in Washington DC | | | | | same |
| 9.12 | "IMG_6043" Image from rjwho@icloud.com account, with date of 12/15/20 | | | | | same |
| 9.13 | "IMG_6082" Image from rjwho@icloud.com account, with date of 12/16/20 | | | | | same |
| 9.14 | "IMG_6124" Image from rjwho@icloud.com account, with date of 12/17/20 | | | | | same |
| 9.15 | "IMG_6181" Image from rjwho@icloud.com account, with date of 12/20/20 | | | | | same |
| 9.16 | Video of scrolling through a Discord Server from | | | | | same |

UNITED STATES
V
RILEY JUNE WILLIAMS

GOVERNMENT'S EXHIBIT LIST                                CRIMINAL CASE 21-CR-618

|      |      |   |   |   |   |   |
|------|------|---|---|---|---|---|
|      | rjwho@icloud.com account, with date of 12/22/20 | | | | | |
| 9.17 | "IMG_6313" Image from rjwho@icloud.com account, with date of 12/22/20 | | | | | same |
|      |      |   |   |   |   |   |
| **10.0** | **Safeway Records** | | | | | |
| 10.1 | Mayor's 1/6/21 Order, Declaration of a Second Public Emergency -- Citywide Curfew | | | | | |
| 10.2 | Safeway Early Closure Notice for Washington DC stores 1/6/21 | | | | | Under consideration |
| 10.3 | Safeway Mid-Atlantic Daily Sales Report for Washington DC stores 1/5/21 to 1/7/21 | | | | | same |
| 10.4 | Safeway Warehouse Shipments Lancaster, PA to Washington, DC stores 1/3/21 to 1/9/21 | | | | | same |
| 10.5 | Certificate of Authenticity -- Safeway, Inc. | | | | | same |
|      |      |   |   |   |   |   |
| **11.0** | **T-Mobile Store Capital City Mall Records** | | | | | |
| 11.1 | T-Mobile Receipt 1/11/21 Transaction at Capital City Mall in Camp Hill, PA | | | | | 401/402/403 404(b)/801/901 |
| 11.2 | Surveillance Video from T-Mobile Store from 1/11/21 at Capital City Mall in Camp Hill, PA | | | | | 401/402/403 404(b)/901 |
|      |      |   |   |   |   |   |
| **12.0** | **General Evidence of Capitol Grounds** | | | | | |
| 12.1 | USCP Compilation video with Radio Runs | | | | | Under consideration |
| 12.2 | USCP Compilation video full | | | | | Under consideration |
| 12.3 | Overview Map of Capitol Building and Grounds | | | | | |
| 12.4 | Overview Map of Capitol Building and Grounds with Restricted Area Outlined | | | | | |
| 12.5 | Area Closed Sign 1 | | | | | |

UNITED STATES
V
RILEY JUNE WILLIAMS

GOVERNMENT'S EXHIBIT LIST                                    CRIMINAL CASE 21-CR-618

| | | | | | | |
|---|---|---|---|---|---|---|
| 12.6 | Area Closed Sign 2 | | | | | |
| 12.7 | Area Closed Sign 3 | | | | | |
| 12.8 | Photo of Signs on Bike Barricades at Peace Circle | | | | | |
| 12.9 | Photo of Capitol with Snow Fencing in Forefront and Signs in Background | | | | | |
| 12.10 | Ariel Diagram of Capitol Building | | | | | |
| 12.11 | Map - First Floor of Capitol Building | | | | | |
| 12.12 | Map - Second Floor of Capitol Building | | | | | |
| 12.13 | 3D Model of Capitol | | | | | |
| 12.14 | Timelapse of West Front | | | | | |
| 12.15 | USCP Report of Theft from Speaker's Office Suite | | | | | 801 |
| | | | | | | |
| **13.0** | **U.S. Secret Service Records** | | | | | |
| 13.1 | 1/5/21 E-Mail from Lanelle Haware: Head of State Notification | | | | | |
| 13.2 | Secret Service Head of State Notification Worksheet | | | | | |
| 13.3 | CCTV 9322 footage of Vice President Pence's motorcade leaving East side of Capitol, 1:58:40 -- 1:59:40 PM | | | | | |
| 13.4 | CCTV 0462 footage of Vice President Pence and family exiting Senate Chamber, 2:25:47 -- 2:26:20 PM | | | | | |
| 13.5 | USSS Radio Run Exhibit | | | | | |
| | | | | | | |
| **14.0** | **Legal and Congressional Records** | | | | | |
| 14.1 | U.S. Constitution – 12th Amd. | | | | | |
| 14.2 | 3 U.S. Code § 15 | | | | | |
| 14.3 | 3 U.S. Code § 16 | | | | | |
| 14.4 | 3 U.S. Code § 17 | | | | | |
| 14.5 | 3 U.S. Code § 18 | | | | | |
| 14.6 | Senate Concurrent Resolution 1 (Jan. 3, 2021) | | | | | |

UNITED STATES
V
RILEY JUNE WILLIAMS

GOVERNMENT'S EXHIBIT LIST                                     CRIMINAL CASE 21-CR-618

| | | | | | | |
|---|---|---|---|---|---|---|
| 14.7 | Congressional Proceeding Montage with Congressional Record | | | | | |
| 14.8 | Certificate of Authenticity - Senate Recording Studio (Diego Torres) | | | | | |
| 14.9 | Certificate of Authenticity of Records - House Recroding Studio (Douglas Massengale) | | | | | |
| 14.10 | Congressional Record -- Senate (Vol. 167, No. 4, S13, S14, S18) | | | | | |
| 14.11 | Congressional Record -- House (Vol. 167, No. 4, H75, H76, H84, H85) | | | | | |
| 14.12 | Screenshots from House Chamber video at 1:43pm, 1:48pm, 1:54pm, 1:59pm, 2:04pm, 2:10pm, 2:14pm | | | | | |
| 14.13 | Screenshots from Senate chamber video at 1:39pm, 1:48pm, 1:54pm, 2:00pm, 2:05pm, 2:10pm | | | | | |
| | | | | | | |
| **15.0** | USCP & MPD Radio Runs | | | | | |
| **15.1** | Full Radio Run | | | | | |
| **15.2** | Full Radio Run - Demonstration Main Ops 1 | | | | | |
| **15.3** | Full Radio Run - Demonstration Main Ops 2 | | | | | |
| **15.4** | Clip 1 Radio Run - Breach of Capitol | | | | | |
| **15.5** | Clip 2 Radio Run - Breach of Senate Wing Door | | | | | |
| **15.6** | Clip 3 Radio Run - Evacuation of Congressional Chambers | | | | | |
| **15.7** | Clip 4 Radio Run - Rioters Inside Capitol | | | | | |
| **15.8** | Clip 5 Radio Run - Rioters at House Chamber | | | | | |
| **15.9** | Clip 6 Radio Run - Senate Floor Evacuated | | | | | |
| **15.10** | Clip 7 Radio Run - Evacuation of Congress Members | | | | | |
| **15.11** | Transcript Excerpts of Radio Run Clips | | | | | |

UNITED STATES
V
RILEY JUNE WILLIAMS

GOVERNMENT'S EXHIBIT LIST  CRIMINAL CASE 21-CR-618

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| **16.0** | **Stipulations** |  |  |  |  |  |
|  | No agreed-upon stipulations currently, although the issue remains under discussion between the parties. |  |  |  |  |  |