UNITED STATES
V
RILEY JUNE WILLIAMS

**DEFENDANT'S EXHIBIT LIST**               **CRIMINAL CASE 21-CR-618**

| Exhibit Number | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Exhibits sent into jury (date & time) | Govt Objections[1] |
|---|---|---|---|---|---|---|
| 101 | January 6 Body Cam X6039BGXT (Full Video) | | | | | |
| 101A | Screenshot of Williams in Rotunda at 11:20 | | | | | |
| 101B | Clip of Williams in Rotunda at 11:20 (VIDEO) | | | | | |
| 101C | Screenshot of Williams in Rotunda at 10:42 | | | | | |
| 102 | Williams Snapchat video of Pelosi office | | | | | |
| 103 | Williams Snapchat video from Senate wing door | | | | | |
| 104 | January 6 Body Cam X6039BAA3 (Full Video) | | | | | |
| 104A | Clip of Williams in Rotunda at 15:08 (Video) | | | | | |
| 105 | January 6 Body Cam X6039B81D (Full Video) | | | | | |
| 105A | Clip of Williams in Rotunda at 15:05 (Video) | | | | | |
| 106 | January 6 Body Cam X6039BCTB (Full Video) | | | | | |

---

[1] All numerical references refer to specific Fed. R. of Evid. The Government reserves the right to revise and supplement its objections upon consultation with the Defense and after reviewing the final version of the Defendant's exhibits. The Government may modify its objections depending on whether the exhibits are introduced on cross examination or in the defendant's case in chief.

UNITED STATES
V
RILEY JUNE WILLIAMS

DEFENDANT'S EXHIBIT LIST                           CRIMINAL CASE 21-CR-618

| Exhibit Number | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Exhibits sent into jury (date & time) | Govt Objections |
|---|---|---|---|---|---|---|
| 106A | Clip of Williams in Rotunda at 15:07 (Video) | | | | | |
| 107 | January 6 Body Cam X6039BDF8 (Full Video) | | | | | |
| 107A | Clip of Williams in Rotunda at 15:05 (Video) | | | | | |
| 108 | January 6 Body Cam X6039BGXT | | | | | |
| 108A | Clip of Williams in Rotunda at 15:07 (Full Video) | | | | | |
| 109 | Clip of Trump's Speech (Video) | | | | | 106, 403, 801 |
| 110 | Government Prepared Timeline of Williams in Capitol (Redacted) | | | | | 801 |
| 111 | January 6th Gallows photo | | | | | |
| 112 | US Capitol First Floor Plan | | | | | |
| 113 | US Capitol Second Floor Plan | | | | | |
| 114 | US Capitol Third Floor Plan | | | | | |
| 115 | Hueper Search Warrant | | | | | 401/402, 801 |
| 116 | Rondon Criminal Complaint | | | | | 401/402, 801 |
| 117 | US v Williams Grand Jury Transcript | | | | | 801 |
| 118 | Rondon Indictment | | | | | 401/402 |

UNITED STATES
V
RILEY JUNE WILLIAMS

DEFENDANT'S EXHIBIT LIST                                         CRIMINAL CASE 21-CR-618

| Exhibit Number | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Exhibits sent into jury (date & time) | Govt Objections |
|---|---|---|---|---|---|---|
| 119 | Williams Snapchat video exterior of capitol | | | | | |
| 120 | Williams Snapchat video of Pelosi Office | | | | | |
| 121 | Floor Plan Timeline #1 | | | | | |
| 121A | Video of west side steps | | | | | |
| 121B | Video of steps to upper terrace west | | | | | |
| 121C | Video of upper terrace west | | | | | |
| 122 | Floor Plan Timeline #2 | | | | | |
| 122A | Video of senate wing door entry | | | | | |
| 122B | Video of Rotunda Door Interior | | | | | |
| 122C | Video of Rotunda Door Interior from above | | | | | |
| 123 | Floor Plan Timeline #3 | | | | | |
| 123A | Video of crypt north | | | | | |
| 123B | Video of crypt south | | | | | |
| 123C | Video of memorial door | | | | | |

UNITED STATES
V
RILEY JUNE WILLIAMS

DEFENDANT'S EXHIBIT LIST                        CRIMINAL CASE 21-CR-618

| Exhibit Number | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Exhibits sent into jury (date & time) | Govt Objections |
|---|---|---|---|---|---|---|
| 124 | Floor Plan Timeline #4 | | | | | |
| 124A | Video of rotunda at 2:31 pm north | | | | | |
| 124B | Video of rotunda at 2:31 pm south | | | | | |
| 125 | Floor Plan Timeline #5 | | | | | |
| 125A | Hallway Video Clip | | | | | |
| 126 | Floor Plan Timeline #6 | | | | | |
| 126A | Williams in hallway video clip | | | | | |
| 126B | Hallway video clip with Williams at 2:35:50pm | | | | | |
| 127 | Floor Plan Timeline #7 | | | | | |
| 127A | Video of Rotunda north 2:39pm | | | | | |
| 127B | Video of Rotunda south 2:39pm | | | | | |
| 127C | Video of Rotunda south 2:43pm | | | | | |
| 127D | Video of rotunda north 2:43pm | | | | | |
| 128 | Floor Plan Timeline #8 | | | | | |

UNITED STATES
V
RILEY JUNE WILLIAMS

DEFENDANT'S EXHIBIT LIST                                         CRIMINAL CASE 21-CR-618

| Exhibit Number | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Exhibits sent into jury (date & time) | Govt Objections |
|---|---|---|---|---|---|---|
| 128A | Video of Rotunda door interior 2:55pm | | | | | |
| 128B | Video of Rotunda South 2:56pm | | | | | |
| 128C | Video of Rotunda North 2:56pm | | | | | |
| 129 | Floor Plan Timeline #9 | | | | | |
| 129A | Video of Rotunda door interior 3:20pm | | | | | |
| 129B | Video of rotunda door interior from above 3:20pm | | | | | |
| 130 | Floor Plan Timeline #10 | | | | | |
| 130A | Video of east side of capitol steps 3:24pm | | | | | |
| 130B | Video of east side of capitol 3:24pm | | | | | |
| 130C | Video of capitol exterior east side 3:25 | | | | | |
| 130D | Video of east side of capitol 3:28pm | | | | | |
| 130E | Video from east front house egg 3:30 | | | | | |
| 130F | Video from east house egg 3:31pm. | | | | | |

UNITED STATES
V
RILEY JUNE WILLIAMS

DEFENDANT'S EXHIBIT LIST                                CRIMINAL CASE 21-CR-618

| Exhibit Number | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Exhibits sent into jury (date & time) | Govt Objections |
|---|---|---|---|---|---|---|
| 131 | FBI 302 interview with Darrin Bates March 9 2022 | | | | | 801 |
| 132 | FBI Notes of Mtg with Darrin Bates | | | | | 801 |
| 133 | FBI 302 interview with Rochelle Elliot | | | | | 801 |
| 134 | FBI 302 interview with Michael Reese | | | | | 801 |
| 135 | FBI 302 Interview with Randy Done | | | | | 801 |
| 136 | Notes of meeting with Randy Done | | | | | 801 |
| 137 | Photo of protester with shield | | | | | |
| 138 | Photo of protesters breaking window | | | | | |
| 139 | Photo of protester outside of capitol | | | | | |
| 140 | Photo of pepper spraying | | | | | |
| 141 | Photo of protester outside of capitol | | | | | |
| 142 | Photo of protester with American flag | | | | | |
| 143 | Photo of protester outside capitol descending steps | | | | | |
| 144 | Photo of protesters in Rotunda | | | | | |
| 145 | Photo of oath keepers on capitol steps | | | | | |
| 146 | Photo of protester outside tunnel | | | | | |

UNITED STATES
V
RILEY JUNE WILLIAMS

DEFENDANT'S EXHIBIT LIST   CRIMINAL CASE 21-CR-618

| Exhibit Number | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Exhibits sent into jury (date & time) | Govt Objections |
|---|---|---|---|---|---|---|
| 147 | Photo of protester breaking window | | | | | |
| 148 | Photo of protester in senate gallery | | | | | |
| 149 | Photo of protesters at entrance to tunnel | | | | | |
| 150 | Photo of protester with Trump pompom hat | | | | | |
| 151 | Reese body cam - January 6 (Full Video) | | | | | |
| 151A | Reese body cam clip 1 (Video) | | | | | |
| 1151B | Reese body cam clip 2 (Video) | | | | | |
| 152 | Bates body cam - January 6 (Full Video) | | | | | |
| 152A | Bates video clip1 | | | | | |
| 152B | Bates video clip 2 | | | | | |
| 152C | Bates video clip 3 | | | | | |
| 153 | Done body cam - January 6 (Full Video) | | | | | |
| 153A | Done body cam video clip 1 | | | | | |
| 153B | Done body cam clip 2 | | | | | |

UNITED STATES
V
RILEY JUNE WILLIAMS

DEFENDANT'S EXHIBIT LIST                              CRIMINAL CASE 21-CR-618

| Exhibit Number | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Exhibits sent into jury (date & time) | Govt Objections |
|---|---|---|---|---|---|---|
| 153C | Done body cam video clip 3 | | | | | |
| 153D | Done body cam clip 4 | | | | | |
| 153E | Done body cam clip 5 | | | | | |
| 153F | Done body cam clip 6 | | | | | |
| 153G | Done body cam video screenshot 1 | | | | | |
| 153H | Done body cam video screenshot 2 | | | | | |
| 154 | Elliot body cam - January 6 (Full Video) | | | | | |
| 154A | Elliot body cam clip 1 (Video) | | | | | |
| 154B | Elliot body cam Clip 2 (Video) | | | | | |
| 154C | Elliot body cam clip 3 (Video) | | | | | |
| 155 | Rubin body cam - January 6 (Video) | | | | | |
| 155A | Rubin body cam clip (Full Video) | | | | | |
| 156 | Kevin Lyons video Clip 8.15 to end | | | | | |
| 157 | David Walls-Kaufman Video | | | | | |
| 158 | Hunter Palm Video | | | | | |
| 159 | FBI Interview of Maryann Mooney Rondon (AUDIO) | | | | | 401/402, 801 |

UNITED STATES
V
RILEY JUNE WILLIAMS

DEFENDANT'S EXHIBIT LIST             CRIMINAL CASE 21-CR-618

| Exhibit Number | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Exhibits sent into jury (date & time) | Govt Objections |
|---|---|---|---|---|---|---|
| 159A | Transcript of Maryann Mooney Rondon Interview | | | | | 401/402, 801 |
| 160 | Video of Senate Wing door breach | | | | | |
| 161 | Williams Discord Statement | | | | | |
| 162 | Rawstory Oath keeper Article (Full) | | | | | 401/402, 403, 801 |
| 162A | Article clip | | | | | 401/402, 403, 801 |
| 162B | Article photo | | | | | 401/402, 403. 801 |
| 163 | Congressional Montage Clip 8.47 to 9.51 (Video) | | | | | |
| 164 | Video Ohio Clock | | | | | |
| 165 | Video Ohio Clock | | | | | |
| 166 | Video Statuary Hall Connector | | | | | |

UNITED STATES
V
RILEY JUNE WILLIAMS

DEFENDANT'S EXHIBIT LIST                                CRIMINAL CASE 21-CR-618

| Exhibit Number | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Exhibits sent into jury (date & time) | Govt Objections |
|---|---|---|---|---|---|---|
| 167 | Video Statuary Hall Connector with protesters | | | | | |
| 168 | Video of statuary hall | | | | | |
| 169 | Video of statuary hall west | | | | | |
| 170 | Video of statuary hall east | | | | | |
| 171 | Video of statuary hall east | | | | | |
| 172 | Photo of Williams on Jan 6 | | | | | |
| 173 | FBI Interview of Rafael Rondon (Audio) | | | | | 401/402, 801 |
| 174 | Oath keepers Circled from Behind (Video) | | | | | 401/402 |
| 175 | Oath keepers Circled (Video) | | | | | 401/402 |
| 176 | Rafael Conference Table Photo | | | | | |
| | | | | | | |