UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

RILEY JUNE WILLIAMS

No. 1:21-cr-618 (ABJ)

## VERDICT OF THE JURY

We, the members of the jury, find defendant **Riley June Williams**:

_____
"Guilty" or "Not Guilty"

of the offense charged in Count 1 of the Indictment (Civil Disorder)

_____
"Guilty" or "Not Guilty"

of the offense charged in Count 2 of the Indictment (Obstruction of an Official Proceeding or Aiding and Abetting)

_____
"Guilty" or "Not Guilty"

of the offense charged in Count 3 of the Indictment (Assaulting, Resisting, or Impeding Certain Officers)

_____
"Guilty" or "Not Guilty"

of the offense charged in Count 4 of the Indictment (Theft of Government Property or Aiding and Abetting)

_____
"Guilty" or "Not Guilty"

of the offense charged in Count 5 of the Indictment (Entering and Remaining in a Restricted Building or Grounds)

_____
"Guilty" or "Not Guilty"

of the offense charged in Count 6 of the Indictment (Disorderly and Disruptive Conduct in a Restricted Building or Grounds)

_____
"Guilty" or "Not Guilty"

of the offense charged in Count 7 of the Indictment (Disorderly Conduct in a Capitol Building)

**Verdict of the Jury—Page 1**

_____    of the offense charged in Count 8 of the Indictment
"Guilty" or "Not Guilty"    (Parading, Demonstrating, or Picketing in a Capitol Building)

Signed this _____ day of_____, 2022.

_____
Foreperson

**Verdict of the Jury—Page 2**