UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

No. 1:21-cr-618 (ABJ)

RILEY JUNE WILLIAMS

## DEFENDANT'S PROPOSED VERDICT FORM

We, the members of the jury, find defendant **Riley June Williams**:

_____
"Guilty" or "Not Guilty"

of the offense charged in Count 1 of the Indictment (Civil Disorder)

_____
"Guilty" or "Not Guilty"

of the offense charged in Count 2 of the Indictment (Obstruction of an Official Proceeding or Aiding and Abetting)

_____
"Guilty" or "Not Guilty"

of the offense charged in Count 3 of the Indictment (Assaulting, Resisting, or Impeding Certain Officers)

If you have marked Guilty for Count 3 above, proceed to Count 4.  If not, you must consider the lesser included offense:

Simple Assault

_____
"Guilty" or "Not Guilty"

_____
"Guilty" or "Not Guilty"

of the offense charged in Count 4 of the Indictment (Theft of Government Property or Aiding and Abetting)

_____
"Guilty" or "Not Guilty"

of the offense charged in Count 5 of the Indictment (Entering and Remaining in a Restricted Building or Grounds)

_____
"Guilty" or "Not Guilty"

of the offense charged in Count 6 of the Indictment (Disorderly and Disruptive Conduct in a Restricted Building or Grounds)

**Verdict of the Jury—Page 1**

_____          of the offense charged in Count 7 of the Indictment
"Guilty" or "Not Guilty"         (Disorderly Conduct in a Capitol Building)


_____          of the offense charged in Count 8 of the Indictment
"Guilty" or "Not Guilty"         (Parading, Demonstrating, or Picketing in a Capitol Building)


Signed this _____ day of_____, 2022.


                              _____
                              Foreperson


**Verdict of the Jury—Page 2**