IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:21-CR-00618 |
| | : | |
| v. | : | (Judge Berman Jackson) |
| | : | |
| RILEY JUNE WILLIAMS | : | (Electronically Filed) |

**DEFENDANT'S RESPONSE TO THE NOVEMBER 1, 2022 MINUTE ORDER DIRECTING PARTIES TO LIST EXHIBITS**

AND NOW comes the Defendant, Riley June Williams, by her attorneys, and files the following response to the Court's minute order dated November 1, 2022:

**8 series**

8.2 (In part)
8.3
8.4 (Picture of gallows fine)
8.5
8.7
8.8 (In part)
8.11
8.20 (In part)
8.21
8.22 (In part)
8.23
8.25 (There is no 8.25)

**9 Series**

9.3
9.4
9.5
9.6

9.7
9.8
9.9
9.10
9.11
9.12
9.13
9.14
9.15
9.16
9.17

**Gavel and hard drive exhibits**

8.2
8.8

Date:  November 1, 2022

Respectfully submitted,

*/s/ Lori J. Ulrich*
LORI J. ULRICH, ESQUIRE
Assistant Federal Public Defender
Attorney ID #55626
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
lori_ulrich@fd.org
*Attorney for Riley June Williams*


*s/Brandon R. Reish*
BRANDON R. REISH, ESQUIRE
Assistant Federal Public Defender
Attorney ID# PA 91518
201 Lackawanna Avenue, Suite 317
Scranton, PA  18503
Tel. No. (570)343-6285
Fax No. (570) 343-6225
brandon_reish@fd.org

/s/ A.J. Kramer
A.J. KRAMER, ESQUIRE
Federal Public Defender
625 Indiana Avenue, NW
Washington, D.C. 20004
Tel. No. (202) 208-7500
a._j._kramer@fd.org

*Attorneys for Riley June Williams*

# CERTIFICATE OF SERVICE

I, Lori J. Ulrich, Esquire, of the Federal Public Defender's Office, do hereby certify that I served a copy of the foregoing **Defendant's Response to the November 1, 2022 Minute Order Directing Parties To List Exhibits** via Electronic Case Filing, and/or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, and/or by hand delivery, addressed to the following:

> SAMUEL S. DALKE, ESQUIRE
> Assistant United States Attorney
> *Samuel.s.dalke@usdoj.gov*

> MICHAEL GORDON, ESQUIRE
> Assistant United States Attorney
> *Michael.gordon3@usdoj.gov*

> RILEY JUNE WILLIAMS

Date: November 1, 2022

*/s/ Lori J. Ulrich*
LORI J. ULRICH, ESQUIRE
Assistant Federal Public Defender
Attorney ID #55626
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
lori_ulrich@fd.org
*Attorney for Riley June Williams*