UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:21-cr-618 (ABJ) |
| RILEY JUNE WILLIAMS | |

### GOVERNMENT LIST INFORMING COURT OF SPECIFIC EXHIBITS PURSUANT TO THE NOVEMBER 1, 2022 MINUTE ORDERS

In response to the Court's two Minute Orders issued November 1, 2022, the United States of America provides the following lists of relevant exhibits that are the subject of the pre-trial motions docketed at [72] and [77].

### [72] – Gavel and Hard Disc Drive (HDD) Exhibits

Gov. Ex. 3.19

Gov. Ex. 3.21

Gov. Ex. 3.22

Gov. Ex. 7.2 (page 2)

Gov. Ex. 8.2 (page 8)

Gov. Ex. 8.8 (pages 1-2, 5)

In addition to these specific exhibits, the government anticipates calling one or more witnesses that will testify the defendant informed them on or shortly after January 6, 2021 that she took a gavel and/or a hard drive from the Speaker's Office.

1

**[77] – 8 Series (Discord) & 9 Series (Apple iCloud) Exhibits**

Gov. Ex. 8.2 (pages 9-12)

Gov. Ex. 8.3 (attachment to Ex. 8.2)

Gov. Ex. 9.4

Gov. Ex. 9.7

Gov. Ex. 9.10

Gov. Ex. 9.11

Gov. Ex. 9.12

Gov. Ex. 9.13

In addition to these specific exhibits, the government anticipates calling one or more witnesses that will testify regarding the topics detailed in [77].

The government does not intend to use the following exhibits in its case-in-chief at trial and withdraws them from its exhibit list: Gov. Exs. 9.3, 9.5, 9.6, 9.8, & 9.9.

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

*/s/ Michael M. Gordon*
MICHAEL M. GORDON
Assistant United States Attorney
Florida State Bar No. 1026025
400 N. Tampa St., Suite 3200
Tampa, Florida 33602
Tel. No.: (813) 274-6370
michael.gordon3@usdoj.gov

*/s/ Samuel S. Dalke*
SAMUEL S. DALKE
Assistant United States Attorney
Pennsylvania State Bar No. 311083
228 Walnut Street, Suite 220
Harrisburg, PA 17101
Tel. No.: (717) 221-4453
samuel.s.dalke@usdoj.gov