UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | Crim. Action No. 21-0618 (ABJ) |
| | ) | |
| RILEY JUNE WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On September 23, 2022, the government filed a motion in limine to preclude the defendant from:

> (1) arguing any entrapment by estoppel defense related to law enforcement; (2) offering evidence or argument concerning any claim that by allegedly failing to act, law enforcement made the defendant's entry into the United States Capitol building or grounds or her conduct therein lawful; or (3) arguing or presenting evidence of alleged inaction by law enforcement unless the defendant specifically observed or was otherwise aware of such conduct.

Gov't's Mot. in Lim. to Preclude Improper Defense Args. and Evid. About Law Enforcement [Dkt. # 74] ("Mot.") at 1. The defendant filed her opposition to the motion on October 7, 2022, saying,

> Currently, she does not intend to argue or offer evidence on any of the areas the Government sets forth in its motion and therefore offers no opposition to them. However, Ms. Williams does reserve the right to argue in favor of introducing such evidence or argument should her trial strategy or defense change during preparation.

Def.'s Resp. to Mot. [Dkt. # 83] at 1–2.

In a Minute Order memorializing the findings at the October 31, 2022 Pretrial Conference, the Court stated:

> The [] Motion in Limine . . . was largely conceded by the defendant, but given the language in the opposition about reserving her rights, if the defendant intends to seek to raise any of the issues the government sought to exclude, it must identify them at the continued Pretrial Conference on November 3, and a supplemental opposition must be filed by Monday, November 7.

Min. Order (Nov. 1, 2022).  The Minute Order summarizing the findings made at the continued Pretrial Conference on November 3, 2022 stated:

> The Court reminds counsel that on October 31, as noted in the Minute Order of November 1, the [motion in limine] was largely conceded by the defendant, but the Court ordered that given the language in the defendant's opposition about reserving her rights, "if the defendant intends to seek to raise any of the issues the government sought to exclude, it must identify them at the continued Pretrial Conference on November 3, and a supplemental opposition must be filed by Monday, November 7."  No such issues were identified at the continued Pretrial Conference, but given the defendant's stated concerns about revealing defense strategy on the record, the defense may comply with this Order in the ex parte submission that is also due on Monday, November 7 before the Court rules on the motion.

Min. Order (Nov. 4, 2022).

Nothing has been filed by the defense to date regarding any of the issues the government seeks to exclude.  Therefore, the motion is **GRANTED** as conceded.

**SO ORDERED**.

AMY BERMAN JACKSON
United States District Judge

DATE:  November 10, 2022