IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:21-CR-00618 |
| | : | |
| v. | : | (Judge Berman Jackson) |
| | : | |
| RILEY JUNE WILLIAMS | : | (Electronically Filed) |

**DEFENDANT'S RESPONSE TO THIS HONORABLE COURT'S
MINUTE ORDER DATED NOVEMBER 13, 2022**

In response to this Honorable Court's Minute Order dated November 13, 2022, Ms. Williams withdraws her objection to the jury instruction for Count Three wherein the defense argued that the government was required to identify the particular officers by name in the jury instructions.

                 Respectfully submitted,

Date:  November 14, 2022
                 */s/ Lori J. Ulrich*
                 LORI J. ULRICH, ESQUIRE
                 Assistant Federal Public Defender
                 */s/ Brandon R. Reish*
                 BRANDON R. REISH, ESQUIRE
                 Assistant Federal Public Defender
                 */s/ Amanda R. Gaynor*
                 AMANDA R. GAYNOR, ESQUIRE
                 Staff Attorney

                 100 Chestnut Street, Suite 306
                 Harrisburg, PA 17101
                 Tel. No. (717) 782-2237
                 Fax No. (717) 782-3881
                 lori_ulrich@fd.org
                 brandon_reish@fd.org
                 amanda_gaynor@fd.org

                 *Attorneys for Riley June Williams*

## CERTIFICATE OF SERVICE

I, Lori J. Ulrich, Esquire, of the Federal Public Defender's Office, do hereby certify that I served a copy of the foregoing **Defendant's Response to this Honorable Court's Minute Order dated November 13, 2022** via Electronic Case Filing, and/or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, and/or by hand delivery, addressed to the following:

SAMUEL DALKE, ESQUIRE
Assistant United States Attorney
*samuel.s.dalke@usdoj.gov*

MICHAEL GORDON, ESQUIRE
Assistant United States Attorney
*Michael.gordon3@usdoj.gov*

RILEY JUNE WILLIAMS

Date:  November 14, 2022

*/s/ Lori J. Ulrich*
LORI J. ULRICH, ESQUIRE
Assistant Federal Public Defender
Attorney ID #55626
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
lori_ulrich@fd.org
*Attorney for Riley June Williams*