UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

RILEY JUNE WILLIAMS,

Defendant

CRIMINAL NO: 21-618 (ABJ)



## Counsel's Acknowledgments Concerning Trial Exhibits

Counsel acknowledges that they have jointly reviewed the exhibits that were admitted into evidence with the Courtroom Deputy, and do agree on the exhibits which will be submitted to the jury for the purpose of deliberations.

**Exhibits Submitted to Jury:**

_____    11/16/22
Government                        Date

_____    11-16-2022
Defendant                         Date

**Exhibits Returned to Counsel:**
EXHIBITS WERE SUBMITTED IN ELECTRONIC FORM AND NOT RETURNED TO COUNSEL

_____    _____
Plaintiff                         Date

_____    _____
Defendant                         Date