**FILED**

NOV 1 6 2022

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES

VS.

RILEY WILLIAMS

CRIMINAL NO. 21-CR-00618 (ABJ)

Government [ ✓ ]

Plaintiff [ ]

Defendant [ ]

Joint [ ]

Court [ ]

**GOVERNMENT'S EXHIBIT LIST**

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 1.0 | BODY-WORN CAMERA FOOTAGE | | | | |
| 1.1 | Body Worn Camera footage from MPD Officer Benjamin Rubin, X6039BFH3 | | 11/10/22 ✓ | OFFICER RANDY DONE | |
| 1.2 | Body Worn Camera footage from MPD Officer Ashley Mancuso, X6039BDGY | | " | " " | |
| 1.3 | Body Worn Camera footage from MPD Officer Randy Done, X6039B7MF | | " | " " " | |
| 1.4 | Body Worn Camera footage from MPD Officer Anam Mumtaz, X6039BDF8 | | | " " " | |
| 1.5 | Body Worn Camera footage from MPD Officer Darrin Bates, X6039BGXT | | 11/14/22 | OFFICER DARRIN BATES | |

**FILED**

NOV 1 6 2022

Clerk, U.S. District and
Bankruptcy Courts

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 1.6 | Body Worn Camera footage from MPD Officer Rochelle Butler Elliot, X6039BFB5 | | 11/14/22 | OFFICER BATES | |
| 1.7 | Body Worn Camera footage from MPD Officer Michael Reese, X6039BAA3 | | '' | '' | |
| 1.8 | Body Worn Camera footage from MPD Officer Sean McCloskey, X6039BBTY | | | | |
| 1.9 | Snapshot from Body Worn Camera footage from MPD Officer Anam Mumtaz, X6039BDF8, 3:05:29 PM | | 11/14 | FBI SPECIAL AGENT LUND | |
| 1.10 | Snapshot from Body Worn Camera footage from MPD Officer Robert Marsh, X6039BJ6K, 3:06:11 PM | | 11/14 / 11/10 | OFFICER DONE / AGENT LUND | |
| 1.11 | Snapshot from MPD Officer Randy Done, X6039B7MF, 3:06:11 PM | | 11/14 | FBI SPECIAL AGENT LUND | |
| 1.12 | Snapshot from Body Worn Camera footage from MPD Officer Darrin Bates, X6039BGXT, 3:07:18 PM | | '' | '' | |
| 1.13 | Snapshot from Body Worn Camera footage from MPD Officer Sean McCloskey, X6039BBTY, 3:14:53 PM | | 11/14 / 11/10 | FBI SPECIAL AGENT LUND / OFFICER DONE | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 2.0 | U.S. CAPITOL CLOSED-CIRCUIT TELEVISION (CCTV) | | | | |
| 2.1 | CCTV 0102 Senate Wing Door near S139, 2:15:02 – 2:16:05 PM | | 11/14/22 | FBI SPECIAL AGENT LUND | |
| 2.2 | CCTV 0402 Crypt North, 2:17:13 – 2:25:40 PM | | " | " | |
| 2.3 | CCTV 0403 Crypt South, 2:25:22 – 2:26:36 PM | | | | |
| 2.4 | CCTV 0171 Memorial Door, 2:26:44 – 2:29:40 PM | | " | " | |
| 2.5 | CCTV 0960 Rotunda North, 2:31:45 – 2:32:19 PM | | 11/10/22 | US CAPITOL POLICE OFFICER DAVE LUCKEL | |
| 2.6 | CCTV 0263 H227 Hallway, 2:31:17 – 2:34:19 PM | | " | " | |
| 2.7 | CCTV 0931 H230, 2:31:56 – 2:35:32 PM | | 11/14/22 | FBI SPECIAL AGENT LUND | |
| 2.8 | CCTV 0935 H230, 2:34:30 – 2:36:06 PM | | " | " | |
| 2.9 | CCTV 0960 Rotunda North, 2:39:50 – 2:41:08 PM | | | | |
| 2.10 | CCTV 0959 Rotunda South, 2:39:50 – 2:41:09 PM | | | | |
| 2.11 | CCTV 0960 Rotunda North, 2:43:11 – 2:44:59 PM | | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 2.12 | CCTV 0959 Rotunda South, 2:43:14 -- 2:44:55 PM | | | | |
| 2.13 | CCTV 0686 Rotunda Door Interior, 2:55:53 -- 2:57:30 PM | | | | |
| 2.14 | CCTV 0959 Rotunda South, 2:56:08 -- 3:20:20 PM | | | | |
| 2.15 | CCTV 0960 Rotunda North, 2:56:08 -- 3:20:20 PM | | 11/4/22 | FBI SPECIAL AGENT LUND | |
| 2.16 | CCTV 0686 Rotunda Door Interior, 3:20:24 -- 3:22:43 PM | | " | " | |
| 2.17 | CCTV 7029 Rotunda Door Interior, 3:20:54 -- 3:23:58 PM | | " | " | |
| 2.18 | CCTV 0933 CVC Elevator Tower North, 3:24:00 -- 3:24:34 PM | | " | " | |
| 2.19 | CCTV 0932 CVC Elevator Tower South, 3:25:12 -- 3:26:09 PM | | | | |
| 2.20 | CCTV 7202 East Front House Egg, 3:30:12 -- 3:30:44 PM | | | | |
| 2.21 | CCTV 7213 Senate Trolley Stop, 3:56:39 -- 3:57:15 PM | | " | " | |
| 2.22 | CCTV 7214 Senate Plaza Outbound, 3:57:09 -- 3:57:23 PM | | 11/10/22 | RYAN PATRICK MYERS | |
| 2.23 | CCTV 1065 1st C NW, 4:06:44 -- 4:07:11 PM | | " | " | |

4

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 2.24 | CCTV 0102 Senate Wing Door near S139, 2:11:00 – 2:14:59pm | | | | |
| 2.25 | Screenshots from CCTV 0102 Senate Wing Door near S139, 2:14:29pm and 2:14:44pm | | | | |
| **3.0** | **OPEN-SOURCE VIDEO AND IMAGES** | | | | |
| 3.1 | Video clip from ITV News Catchup Video | | 11/10/22 11/14/22 | DOUGLAS LUCKEL FBI SPECIAL AGENT LUND | |
| 3.2 | Video clip from Facebook video posted by Stephen Horn | | 11/14/22 | FBI SPECIAL AGENT LUND | |
| 3.3 | Video clip from the Pete Santilli Show | | " | " | |
| 3.4 | Video clip from Facebook taken by Barbie Jenna Ryan | | " | " | |
| 3.5 | Video clip from InfoWars RAW FOOTAGE | | " | " | |
| 3.6 | Video clip titled Capitol Hill Occupy | | 11/14/22 | OFFICER BATES | |
| 3.7 | Video clip from NewsFlare Video | | 11/14/22 | OFFICER BATES | |
| 3.8 | Photograph from Mark Peterson and Redux Pictures | | 11/14/22 | FBI SPECIAL AGENT LUND | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 3.9 | Snapshot from ITV News Catchup Video | | 11/14/22 | FBI SPECIAL AGENT LUND | |
| 3.10 | Snapshot 1 from Pete Santilli Show Video | | " | " | |
| 3.11 | Snapshot 2 from Pete Santilli Show Video | | " | " | |
| 3.12 | Snapshot 3 from Pete Santilli Show Video | | " | " | |
| 3.13 | Video from Jannypilled Twitter Account of defendant walking over wall on Capitol Grounds | | | | |
| 3.14 | Video from Jannypilled Twitter Account of defendant approaching broken glass windows adjacent to Senate Wing Door | | | | |
| 3.15 | Video from Jannypilled Twitter Account of defendant in Crypt and West Front Terrace of Capitol | | | | |
| 3.16 | Video from Jannypilled Twitter Account of defendant in Speaker's Conference Room with laptop | | 11/8/22 | " | |
| 3.17 | Video from Jannypilled Twitter Account of defendant in Speaker's Office Suite | | 11-14-22 | FBI SPECIAL AGENT LUND | |
| 3.18 | Video from Jannypilled Twitter Account of defendant taking video from West Front Terrace of Capitol | | 11-8-22 | JAMIE FLEET | |
| 3.19 | Withdrawn | | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 3.20 | Screenshot 1 of defendant's discord posts | | 11-14 | FBI SPECIAL AGENT LUND | |
| 3.21 | Screenshot 2 of defendant's discord posts | | 11-10 | FBI AGENT LUND | |
| 3.22 | Screenshot 3 of defendant's 1/6/21 discord posts | | 11-14 | JONAH THOMAS | |
| 3.23 | Screenshot 4 of defendant's 1/6/21 discord posts | | 11-10 | FBI AGENT LUND | |
| 3.24 | Photograph of defendant at Ellipse | | 11-14 | FBI AGENT LUND | |
| 3.25 | Photograph of defendant at Lower West Terrace | | 11-10 | FBI AGENT LUND | |
| 3.26 | Photograph of defendant at base of wall near Lower West Terrace | | 11-14 | FBI SPECIAL AGENT LUND | |
| 3.27 | Photograph of defendant climbing wall near Capitol | | 11-14 | FBI SPECIAL AGENT LUND | |
| 3.28 | Photograph of defendant approaching Senate Wing Door | | 11 | " | |
| 3.29 | Photograph of defendant entering Senate Wing Door | | | | |
| 3.30 | Photograph of defendant near Memorial Door | | | | |
| 3.31 | Photograph of defendant shouting at crowd | | | | |

7

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 3.32 | Photograph of defendant outside Rotunda | | | | |
| 3.33 | Photograph of defendant inside Rotunda | | | | |
| 3.34 | Photograph 2 of defendant inside Rotunda | | 11-14 | FBI SPECIAL AGENT LUND | |
| 3.35 | Photograph 3 of defendant inside Rotunda | | '' | '' '' | |
| 3.36 | Photograph 4 of defendant inside Rotunda | | '' | '' '' | |
| 3.37 | Photograph of defendant with police | | '' | '' '' | |
| 3.38 | Photograph of defendant after leaving Rotunda | | '' | '' '' | |
| 3.39 | Photograph of defendant on balcony | | '' | '' '' | |
| 3.40 | Photograph of defendant on top of vehicle | | '' | '' '' | |
| 3.41 | First Photograph Taken in Speaker Office | | 11/10 | DOUGLAS LUCKEL | |
| 3.42 | Second Photograph Taken in Speaker Office | | '' | '' '' | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 3.43 | Third Photograph Taken in Speaker Office | | 11/10 | DOUGLAS LUCKEL | |
| 4.0 | VIDEOS, IMAGES, & CALLS FROM KNOWN INDIVIDUALS | | | | |
| 4.1 | 1/6/21 Kirk Sidlo Video "0I.9A9515 (1)" | | 11/14 11/8 | FBI SPECIAL AGENT LUND JAMIE FLEET | |
| 4.2 | 1/6/21 Kirk Sidlo Video "0I.9A9518 (1)" | | 11-14 11-8 | FBI SPECIAL AGENT LUND JAMIE FLEET | |
| 4.3 | Kirk Sidlo Certificate of Authenticity | | | | |
| 4.4 | 1/6/21 video from cellphone of Anthony Mariotto titled "IMG_4014.MOV" | | 11/10 | DOUGLAS LUCKEL | |
| 4.5 | 1/6/21 video from cellphone of Anthony Mariotto titled "IMG_4010.MOV" | | 11/14 | FBI SPECIAL AGENT LUND | |
| 4.6 | 1/6/21 video from cellphone of Anthony Mariotto titled "IMG_4011.MOV" | | 11-14 11-10 | " " DOUGLAS LUCKEL | |
| 4.7 | 1/6/21 video from cellphone of Nicholas Ochs titled "IMG_1184.MOV" | | | | |
| 4.8 | 1/6/21 video from cellphone of James Douglas Rahm III titled "GX010297.MP4" | | 11/10 | OFFICER RANDY DONE | |
| 4.9 | 1/6/21 video from cellphone of Kevin Lyons titled "20210106_142705.mp4" | | 11-14 11-8 | FBI SPECIAL AGENT LUND JAMIE FLEET | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 4.10 | 1/6/21 video from cellphone of Hunter Palm titled "VID_20210106_143131332.mp4" | | | | |
| 4.11 | 1/10/22 Recorded Call from Riley Williams to Jonah Thomas | | | | |
| 4.12 | 1/6/21 photograph from cellphone of Christopher Cunningham of the Office of the Speaker | | | | |
| 4.13 | Snapshot from 1/6/21 Kirk Sidlo Video "0L9A9518 (1)" | | 11-14-22 | FBI SPECIAL AGENT LUND | |
| 4.14 | Snapshot from 1/6/21 video from cellphone of Anthony Mariotto titled "IMG_4010.MOV" | | " | " " " | |
| 4.15 | Snapshot from 1/6/21 video from cellphone of Nicholas Ochs titled "IMG_1184.MOV" | | 11-14 | " " " " | |
| 4.16 | Snapshot from 1/6/21 video from cellphone of James Douglas Rahm III titled "GX010297.MP4" | | 11-10-22 | OFFICER RANDY DONE | |
| 4.17 | Snapshot from 1/6/21 video from cellphone of Hunter Palm titled "VID_20210106_143131332.mp4" | | 11-14 11-15 11-8 | FBI SPECIAL AGENT LUND FBI CHIEF INVESTIGATOR MICHAEL AVELLA JAMIE FLEET | |
| 4.18 | Nine Photographs Taken by Ryan Patrick Myers on 1/6/21 | | 11/10 | RYAN PATRICK MYERS | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 5.0 | **EVIDENCE COLLECTED FROM RILEY WILLIAMS** | | | | |
| 5.1 | 7 photographs taken on 1/18/21 from room and residence of Riley Williams, including black skirt, zebra print bag, green "I'm with groyper" shirt, & brown trench coat | | 11-14 | FBI SPECIAL AGENT JONATHAN LUND | |
| 5.2 | withdrawn | | | | |
| 5.3 | Two photos of defendant's White Apple Iphone 12 in clear case with pink glitter card holder | | 11-15 | FBI CART INVESTIGATOR MICHAEL AVELLA | |
| 5.4 | Computer Forensics Report dated 2/10/21 relating to 3 devices | | 11-15 | FBI SPECIAL AGENT RICHARD OH | |
| 5.5 | Computer Forensics Report dated 2/18/21 of 10 devices | | 11-15 | FBI SPECIAL AGENT RICHARD OH | |
| 5.6 | Ipad Serial No. DMPQM2NRG5W0 | | | | |
| 5.7 | Iphone with cracked screen | | | | |
| 5.8 | Iphone S with FCC ID: BCG-E2944A | | | | |
| 5.9 | Custom Built White Desktop Computer, S/N 192211392 | | | | |
| 5.10 | Blue Asus Laptop, s/n F9N0CX33878A4407 | | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 5.11 | Black & Silver Iphone, model A1303 | | | | |
| 5.12 | White Iphone with cracked black case, Model A1332 | | | | |
| 5.13 | Green Samsung AT&T cellphone | | | | |
| 5.14 | Rose Gold Iphone, Model A1549 | | | | |
| 5.15 | Black Nokia Tesar Cellphone with case | | | | |
| 5.16 | Black Iphone, Model A1303 | | | | |
| 5.17 | White Apple Iphone 12 in clear case with pink glitter card holder | | | | |
| 5.18 | Withdrawn | | | | |
| 5.19 | Excerpts of Texts between defendant and Cyrus Sanders, 1/12/21 to 1/16/21 | | | | |
| 5.20 | Image attachment sent by defendant to Cyrus Sanders, 1/14/21 | | | | |
| 5.21 | Image attachment sent by defendant to Cyrus Sanders, 1/16/21 | | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 5.22 | Excerpts of Texts between Defendant and Wendy Williams, 1/15/21 to 1/16/21 | | 11-15 | FBI SPECIAL AGENT RICHARD OH | |
| 6.0 | **SNAP, INC. SEARCH WARRANT RETURN** | | | | |
| 6.1 | Certificate of Authenticity for Snap Inc. Records | | " | " | |
| 6.2 | Snap, Inc. User "riley_june" Subscriber Information | | " | " | |
| 6.3 | Snap Inc. User "riley_june" Geo Location Data | | " | " | |
| 6.4 | Snap Inc. User "riley_june" Friend Data | | " | " | |
| 6.5 | Snap Inc. User "riley_june" Message Data | | " | " | |
| 6.6 | Snap Inc. User "riley_june" IP data | | " | " | |
| | | | | | |
| 7.0 | **T-MOBILE SEARCH WARRANT RETURN** | | | | |
| 7.1 | Certificate of Authenticity for T-Mobile Records | | " | " | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 7.2 | Excerpts of T-Mobile text records from the defendant's phone 717-686-2507, 1/4/21 to 1/18/21 | | 11-15 | FBI SPECIAL AGENT RICHARD OH | |
| 7.3 | Withdrawn | | | | |
| 7.4 | T-Mobile call log and data from the defendant's phone 717-686-2507, 1/3/21 to 1/27/21 | | '' | '' | |
| 7.5 | T-Mobile subscriber data for the defendant's phone 717-686-2507 | | '' | '' | |
| 7.6 | Excerpts of T-Mobile text records from the defendant's phone 717-882-7784, 1/11/21 to 1/17/21 | | '' | '' | |
| 7.7 | Withdrawn | | | | |
| 7.8 | T-Mobile call log and data from the defendant's phone 717-882-7784, 1/11/21 to 1/17/21 | | '' | '' | |
| 7.9 | T-Mobile subscriber data for the defendant's phone 717-882-7784 | | '' | '' | |
| 7.10 | T-Mobile Instructions for Interpreting Records | | '' | '' | |
| 7.11 | Newsweek article sent to defendant in T-Mobile Text exchange, 1/4/21 | | '' | '' | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 8.0 | **DISCORD SEARCH WARRANT RETURN** | | | | |
| 8.1 | Certificate of Authenticity for defendant's Three Discord Accounts | | | | |
| 8.2 | Excerpts of Discord Direct Messages between riley#8737 and Imperator#8401, 1/4/21 to 1/7/21 | | 11/14 | FBI SPECIAL AGENT LUND | |
| 8.3 | Image attachment sent by riley#8737 to Imperator#8401 in Discord Direct Message chat on 1/5/21 | | '' | '' '' '' | |
| 8.4 | Five Image attachments sent by riley#8737 to Imperator#8401 in Discord Direct Message chat on 1/7/21 | | '' | '' '' '' | |
| 8.5 | Excerpts of Discord Direct Messages between riley#8737 and Tal the Zealot#5008, 12/30/20 to 1/6/21 | 11/6/12 | | JONAH THOMAS | |
| 8.6 | Discord Direct Messages between riley#8737 and hexamine#0753 from 1/6/21 | | | | |
| 8.7 | Excerpts of Discord Direct Messages between riley#8737 and UberFran2#3293, 1/4/21 to 1/5/21 | | | | |
| 8.8 | Excerpts of Discord Direct Messages between riley#8737 and collectorzani#9517, 12/27/20 to 1/7/21 | | 11-14 | FBI SPECIAL AGENT LUND | |
| 8.9 | Video attachment sent by riley#8737 to collectorzani#9517 in Discord Direct Message chat 1/7/21 | | 11-14 | FBI SPECIAL AGENT LUND | |
|  |  |  | 11-9 | MARC DALTON, JR. | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 8.10 | Second Video attachment sent by riley#8737 to collectorzani#9517 in Discord Direct Message chat 1/7/21 | | 11-14 | FBI SPECIAL AGENT LUND | |
| 8.11 | Eight Image attachments sent by riley#8737 to collectorzani#9517 in Discord Direct Message chat 1/7/21 | | 11 | " " " | |
| 8.12 | Third Video attachment sent by riley#8737 to collectorzani#9517 in Discord Direct Message chat 1/7/21 | | 11-14 11-9 | FBI SPECIAL AGENT LUND MARC DALTON, JR. | |
| 8.13 | Fourth Video attachment sent by riley#8737 to collectorzani#9517 in Discord Direct Message chat 1/7/21 | | 11-14 | FBI SPECIAL AGENT LUND | |
| 8.14 | Fifth Video attachment sent by riley#8737 to collectorzani#9517 in Discord Direct Message chat 1/7/21 | | 11-14 11-9 | FBI SPECIAL AGENT LUND MARC DALTON, JR. | |
| 8.15 | Sixth Video attachment sent by riley#8737 to collectorzani#9517 in Discord Direct Message chat 1/7/21 | | 11-14 11-9 | FBI SPECIAL AGENT LUND MARC DALTON, JR. | |
| 8.16 | Seventh Video attachment sent by riley#8737 to collectorzani#9517 in Discord Direct Message chat 1/7/21 | | 11-14 11-9 | FBI SPECIAL AGENT LUND MARC DALTON, JR. | |
| 8.17 | Eighth Video attachment sent by riley#8737 to collectorzani#9517 in Discord Direct Message chat on 1/7/21 | | 11-14 11-9 | FBI SPECIAL AGENT LUND MARC DALTON, JR. | |
| 8.18 | Ninth Video attachment sent by riley#8737 to collectorzani#9517 in Discord Direct Message chat on 1/7/21 | | 11-14 | FBI SPECIAL AGENT LUND | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 8.19 | IP addresses associated with Riley#8737 Discord Account | | | | |
| 8.20 | Withdrawn | | | | |
| 8.21 | Image attachment sent by R*ley#3383 on 1/17/21 in group chat on Discord Server ending x9433 | | | | |
| 8.22 | Excerpts of Discord Direct Messages between R*ley#3383 and Imperator#8401, 1/12/21 to 1/15/21 | | | | |
| 8.23 | Video attachment sent by R*ley#3383 to Imperator#8401 in Discord Direct Message chat on 1/13/21 | | 11-14 | FBI SPECIAL AGENT LUND | |
| 8.24 | IP addresses associated with R*ley#3383 Discord Account | | '' | '' | |
| 8.25 | Excerpts of Discord Direct Messages between Luke 2122#8066 and â€"â€"#0420, 1/8/21 to 1/11/21 | | '' | '' | |
| 8.26 | IP addresses associated with Luke2122#8066 Discord Account | | | '' | |
| 9.0 | **APPLE ICLOUD SEARCH WARRANT** | | | | |
| 9.1 | Certificate of Authenticity for Apple iCloud Records | | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 9.2 | Apple iCloud Account and Subscriber Information for rjwho@icloud.com account | | | | |
| 9.3 | Withdrawn | | | | |
| 9.4 | "IMG_4904" Image from rjwho@icloud.com account, with date of 11/22/20 | | 11-14<br>11-10 | FBI SPECIAL AGENT LUND<br>JONAH THOMS | |
| 9.5 | Withdrawn | | | | |
| 9.6 | Withdrawn | | | | |
| 9.7 | "IMG_5833" Image from rjwho@icloud.com account, with date of 12/9/20 | | 11-14 | FBI SPECIAL AGENT LUND | |
| 9.8 | Withdrawn | | | | |
| 9.9 | Withdrawn | | | | |
| 9.10 | Video taken on 12/12/20 of Rally in Washington DC, from rjwho@icloud.com account | | 11-14 | FBI SPECIAL AGENT LUND | |
| 9.11 | "IMG_5884" Image from rjwho@icloud.com account of defendant with Nick Fuentes at the 12/20/20 Rally in Washington DC | | 11-14<br>11-10<br>11-09 | FBI SPECIAL AGENT LUND<br>JONAH THOMS<br>MARC DALTON, JR. | |
| 9.12 | "IMG_6043" Image from rjwho@icloud.com account, with date of 12/15/20 | | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 9.13 | "IMG_6082" Image from rjwho@icloud.com account, with date of 12/16/20 | | 11-14 | FBI SPECIAL AGENT LUND | |
| 9.14 | "IMG_6124" Image from rjwho@icloud.com account, with date of 12/17/20 | | 11-14 | " " " | |
| | | | 11-10 | " " " | |
| 9.15 | "IMG_6181" Image from rjwho@icloud.com account, with date of 12/20/20 | | 11-14 | FBI SPECIAL AGENT LUND | |
| | | | 11-10 | JONAH THOMAS | |
| 9.16 | Video of scrolling through a Discord Server from rjwho@icloud.com account, with date of 12/22/20 | | | | |
| 9.17 | "IMG_6313" Image from rjwho@icloud.com account, with date of 12/22/20 | | 11-14 | FBI SPECIAL AGENT LUND | |
| | | | 11-10 | JONAH THOMAS | |
| 10.0 | SAFEWAY RECORDS | | | | |
| 10.1 | Mayor's 1/6/21 Order, Declaration of a Second Public Emergency -- Citywide Curfew | | 11-15 | FBI SPECIAL AGENT RICHARD OH | |
| 10.2 | Safeway Early Closure Notice for Washington DC stores 1/6/21 | | " | " | |
| 10.3 | Safeway Mid-Atlantic Daily Sales Report for Washington DC stores 1/5/21 to 1/7/21 | | " | " | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 10.4 | Safeway Warehouse Shipments Lancaster, PA to Washington, DC stores 1/3/21 to 1/9/21 | | 11-15 | FBI SPECIAL AGENT RICHARD OH | |
| 10.5 | Certificate of Authenticity — Safeway, Inc. | | '' | '' '' | |
| 11.0 | **T-MOBILE STORE CAPITOL CITY MALL RECORDS** | | | | |
| 11.1 | T-Mobile Receipt 1/11/21 Transaction at Capital City Mall in Camp Hill, PA | | | | |
| 11.2 | Surveillance Video from T-Mobile Store from 1/11/21 at Capital City Mall in Camp Hill, PA | | 11-9-22 | MAC DACION, JR. | |
| 12.0 | **GENERAL EVIDENCE OF CAPITOL GROUNDS** | | | | |
| 12.1 | USCP Compilation video with Radio Runs | | 11-9 | CAPTAIN MENDOZA | |
| 12.2 | USCP Compilation video full | | | | |
| 12.3 | Overview Map of Capitol Building and Grounds | | 11-10 11-9 | DOUGLAS LUCKEL CAPTAIN MENDOZA | |
| 12.4 | Overview Map of Capitol Building and Grounds with Restricted Area Outlined | | 11-9 11-9 | US Secret Service Lonelle HAWA CAPTAIN MENDOZA | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 12.5 | Area Closed Sign 1 | | 11/04/22 | CAPTAIN MENDOZA | |
| 12.6 | Area Closed Sign 2 | | " | " | |
| 12.7 | Area Closed Sign 3 | | " | " | |
| 12.8 | Photo of Signs on Bike Barricades at Peace Circle | | " | " | |
| 12.9 | Photo of Capitol with Snow Fencing in Forefront and Signs in Background | | 11-09 | CAPTAIN MENDOZA | |
| 12.10 | Ariel Diagram of Capitol Building | | 11-10 | DOUGLAS LUCELL | |
| 12.11 | Map - First Floor of Capitol Building | | 11/08 | JAMIE FLEET | |
| 12.12 | Map - Second Floor of Capitol Building | | 11-14 / 11-9 / 11-10 | FBI SPECIAL AGENT LUND / CAPTAIN MENDOZA / DOUGLAS LUCELL | |
| 12.13 | 3D Model of Capitol | | 11-14 / 11-8 | FBI SPECIAL AGENT LUND / LANELLE HOWE / JAMIE FLEET / CAPTAIN MENDOZA / JAMIE FLEET | |
| 12.14 | Timelapse of West Front | | 11-08 | JAMIE FLEET | |
| 12.15 | Withdrawn | | 11-14 | FBI SPECIAL AGENT LUND | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 13.0 | **U.S. SECRET SERVICE RECORDS** | | | | |
| 13.1 | 1/5/21 E-Mail from Lanelle Hawa re: Head of State Notification | | n/a | LANELLE HAWA | |
| 13.2 | Secret Service Head of State Notification Worksheet | | '' | '' | |
| 13.3 | CCTV 9322 footage of Vice President Pence's motorcade leaving East side of Capitol, 1:58:40 – 1:59:40 PM | | '' | '' | |
| 13.4 | CCTV 0462 footage of Vice President Pence and family exiting Senate Chamber, 2:25:47 – 2:26:20 PM | | '' | '' | |
| 13.5 | USSS Radio Run Exhibit | | '' | '' | |
| 14.0 | **LEGAL AND CONGRESIONAL RECORDS** | | | | |
| 14.1 | U.S. Constitution – 12th Amd. | | 11/16/22 | US Capitol Police officer MARK Gazelle | |
| 14.2 | 3 U.S. Code § 15 | | '' | '' | |
| 14.3 | 3 U.S. Code § 16 | | '' | '' | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 14.4 | 3 U.S. Code § 17 | | | | |
| 14.5 | 3 U.S. Code § 18 | | | | |
| 14.6 | Senate Concurrent Resolution 1 (Jan. 3, 2021) | | ✓ | ✓ | |
| 14.7 | Congressional Proceeding Montage with Congressional Record | | | ✓ | |
| 14.8 | Certificate of Authenticity - Senate Recording Studio (Diego Torres) | | ✓ | ✓ | |
| 14.9 | Certificate of Authenticity of Records - House Recording Studio (Douglas Massengale) | | | ✓ | |
| 14.10 | Congressional Record – Senate (Vol. 167, No. 4, S13, S14, S18) | | | | |
| 14.11 | Congressional Record – House (Vol. 167, No. 4, H75, H76, H84, H85) | | | | |
| 14.12 | Screenshots from House Chamber video at 1:43pm, 1:48pm, 1:54pm, 1:59pm, 2:04pm, 2:10pm, 2:14pm | | | | |
| 14.13 | Screenshots from Senate chamber video at 1:39pm, 1:48pm, 1:54pm, 2:00pm, 2:05pm, 2:10pm | | | | |

Handwritten note across Rec'd into Evidence / Witness columns: 11/10/22  US Capitol Police officer Mark Gazelle

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 15.0 | USCP & MPD RADIO RUNS | | | | |
| 15.1 | Full Radio Run | | | | |
| 15.2 | Full Radio Run - Demonstration Main Ops 1 | | | | |
| 15.3 | Full Radio Run - Demonstration Main Ops 2 | | | | |
| 15.4 | Clip 1 Radio Run - Breach of Capitol | | | | |
| 15.5 | Clip 2 Radio Run - Breach of Senate Wing Door | | | | |
| 15.6 | Clip 3 Radio Run - Evacuation of Congressional Chambers | | | | |
| 15.7 | Clip 4 Radio Run - Rioters Inside Capitol | | | | |
| 15.8 | Clip 5 Radio Run - Rioters at House Chamber | | | | |
| 15.9 | Clip 6 Radio Run - Senate Floor Evacuated | | | | |
| 15.10 | Clip 7 Radio Run - Evacuation of Congress Members | | | | |
| 15.11 | Transcript Excerpts of Radio Run Clips | | | | |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness | Sent to Jury |
|---|---|---|---|---|---|
| 16.0 | **STIPULATIONS** | | | | |
| 16.1 | Signed Stipulations Agreed to by the Parties | | 11-8-22 | STIPULATED READ INTO EVIDENCE | |
| 17.0 | **DEMONSTRATIVE EXHIBITS** | | | | |
| 17.1 | Demonstrative Exhibit for Ex. 7.2 | | 11/15 | FBI SPECIAL AGENT RICHARD OH | |
| 17.2 | Demonstrative Exhibit for Ex. 7.6 | | " | " " " | |
| 17.3 | Demonstrative Exhibit for Ex. 8.2 | | 11/14 | FBI SPECIAL AGENT CONO | |
| 17.4 | Demonstrative Exhibit for Ex. 8.8 | | " | " " | |
| 17.5 | Demonstrative Exhibit for Ex. 8.22 | | " | " " | |
| 17.6 | Demonstrative of Thumb Drive (Only Shown to Witness, Not Jury) | | | | |