Government ☐
Plaintiff ☐
Defendant ☐
Joint ☑
Court ☐

UNITED STATES OF AMERICA

VS.

RILEY JUNE WILLIAMS

Civil/Criminal No. 21-cr-618

**FILED**
NOV 1 6 2022
Clerk, U.S. District and
Bankruptcy Courts

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 101 | January 6 Body Cam X60039BGXT (Full Video) | | | | |
| 101A | Screenshot of Williams in Rotunda at 11:20 | | 11-15 | LUND | |
| 101B | Clip of Williams in Rotunda at 11:20 (VIDEO) | | 11-15 | LUND | |
| 101C | Screenshot of Williams in Rotunda at 10:42 | | | | |
| 101D | Clip of Williams in Rotunda at 15:07 (VIDEO) | | 11-15 | LUND | |
| 102 | Williams Snapchat Video from Pelosi's office (VIDEO) | | 11-14 | LUND | |
| 103 | Williams Snapchat Video from Senate Wing Door (VIDEO) | 11-14 11-10 | NOT ADMITTED | LUND Thoms | |
| 104 | January 6 Body Cam X6039BAA3 (Full Video) | | | | |
| 104A | Clip of Williams in Rotunda at 15:08 (VIDEO) | | | | |
| 105 | January 6 Body Cam X6039B81D (Full Video) | | | | |

**FILED**
NOV 1 6 2022
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA

VS.

RILEY JUNE WILLIAMS

Civil/Criminal No. ___21-cr-618___

Government ☐
Plaintiff ☐
Defendant ✓
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 105A | Clip of Williams in Rotunda at 15:05 (VIDEO) | | | | |
| 106 | January 6 Body Cam X6039BCTB (FULL VIDEO) | | | | |
| 106A | Clip of Williams in Rotunda at 15:07 (VIDEO) | | | | |
| 107 | January 6 Body Cam X6039BDF8 (FULL VIDEO) | | | | |
| 107A | Clip of Williams in Rotunda at 15:05 (VIDEO) | | | | |
| 108 | 108 January 6 Body Cam X6039BGXT (FULL VIDEO) | | | | |
| 108A | 8A Clip of Williams in Rotunda at 15:07 (VIDEO) | | | | |
| 109 | Clip of Trump's Speech (VIDEO) | | | | |
| 110 | Government Prepared Timeline of Williams in Capitol (Redacted) | | | | |
| 111 | January 6th Gallows photo | | | | |

UNITED STATES OF AMERICA

VS.

RILEY JUNE WILLIAMS

Civil/Criminal No. _21-cr-618_

| | | | | | |
|---|---|---|---|---|---|
| Government | | | | | |
| Plaintiff | | | | | |
| Defendant ✓ | | | | | |
| Joint | | | | | |
| Court | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 112 | US Capitol First Floor Plan | | | | |
| 113 | US Capitol Second Floor Plan | | 11-15 | LUND | |
| 114 | US Capitol Third Floor Plan | | 11-15 | LUND | |
| 115 | Hueper Search Warrant | | | | |
| 116 | Rondon Criminal Complaint | | | | |
| 117 | US v Williams Grand Jury Transcript | 11-14 | Not ADMITTED | LUND | |
| 118 | Rondon Indictment | | | | |
| 119 | Williams Snapchat Video Exterior of Capitol | | | | |
| 120 | Williams Snapchat Video Pelosi's Office | | 11-14 | LUND | |
| 121 | Floor Plan Timeline #1 | | | | |

3

UNITED STATES OF AMERICA

VS.

RILEY JUNE WILLIAMS

Civil/Criminal No. 21-cr-618

Government ☐
Plaintiff ☐
Defendant ☑
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 121A | Video of West Side Steps | | | | |
| 121B | Video of Steps to Upper Terrace West | | | | |
| 121C | Video of Upper Terrace West | | | | |
| 122 | Floor Plan Timeline #2 | | | | |
| 122A | Video of Senate Wing Door Entry | | | | |
| 122B | Video of Rotunda Door Interior | | | | |
| 122C | Video of Rotunda Door Interior (From Above) | | | | |
| 122D | Floor Plan Timeline #3 | | | | |
| 123A | Video of Crypt, North | | | | |
| 123B | Video of Crypt, South | | | | |

4

UNITED STATES OF AMERICA

VS.

RILEY JUNE WILLIAMS

Civil/Criminal No. 21-cr-618

Government
Plaintiff
Defendant ✓
Joint
Court

☐ ☐ ✓ ☐ ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 123C | Video of Memorial Door | | | | |
| 124 | Floor Plan Timeline #4 | | | | |
| 124A | Video of Rotunda at 2:31 PM, North | | | | |
| 124B | Video of Rotunda at 2:31 PM, South | | | | |
| 125 | Floor Plan Timeline #5 | | | | |
| 125A | Hallway Video Clip | | | | |
| 126 | Floor Plan Timeline #6 | | | | |
| 126A | Williams in Hallway Video Clip | | | | |
| 126B | Hallway Video Clip with Williams at 2:35:50 PM | | | | |
| 127 | Floor Plan Timeline #7 | | | | |

UNITED STATES OF AMERICA

VS.

RILEY JUNE WILLIAMS

Civil/Criminal No.   21-cr-618

Government _____
Plaintiff _____
Defendant [✓]
Joint _____
Court _____

[ ] [ ] [✓] [ ] [ ]

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 127A | Video of Rotunda, North, 2:39 PM | | | | |
| 127B | Video of Rotunda, South, 2:39 PM | | | | |
| 127C | Video of Rotunda, South, 2:43 PM | | | | |
| 127D | Video of Rotunda, North, 2:43 PM | | | | |
| 128 | Floor Plan Timeline #8 | | | | |
| 128A | Video of Rotunda Door Interior, 2:55 PM | | | | |
| 128B | Video of Rotunda, South, 2:56 PM | | | | |
| 128C | Video of Rotunda, North, 2:56 PM | | | | |
| 129 | Floor Plan Timeline #9 | | | | |
| 129A | Video of Rotunda Door Interior, 3:20 PM | | | | |

Government
Plaintiff
Defendant ✓
Joint
Court

UNITED STATES OF AMERICA

VS.

RILEY JUNE WILLIAMS

Civil/Criminal No. 21-cr-618

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 129B | Video of Rotunda Door Interior (From Above), 3:20 PM | | | | |
| 130 | Floor Plan Timeline #10 | | | | |
| 130A | Video of East Side Capitol Steps, 3:24 PM | | | | |
| 130B | Video of East Side of Capitol, 3:24 PM | | | | |
| 130C | Video of Capitol Exterior, East Side, from distance, 3:25 PM | | | | |
| 130D | Video of East Side of Capitol, 3:28 PM | | | | |
| 130E | Video from East Front House Egg, 3:30 PM | | | | |
| 130F | Video from East Front House Egg, 3:31 PM | | | | |
| 131 | FBI 302 of Interview with Darrin Bates, March 9, 2022 | | | | |
| 132 | FBI Notes of meeting with Darrin Bates | | | | |

7

UNITED STATES OF AMERICA

VS.

RILEY JUNE WILLIAMS

Civil/Criminal No. _21-cr-618_

Government _____
Plaintiff _____
Defendant [✓]
Joint _____
Court _____

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 133 | FBI 302 of Interview with Rochelle Elliot | | | | |
| 134 | FBI 302 of Interview with Michael Reese | | | | |
| 135 | FBI 302 of Interview with Randy Done | | | | |
| 136 | Notes of meeting with Randy Done | | | | |
| 137 | Photo of protester with shield | | 11-15 | LUND | |
| 138 | Photo of protesters breaking window | | 11-15 | LUND | |
| 139 | Photo of protester outside of Capitol | | | | |
| 140 | Photo of pepper spraying | | | | |
| 141 | Photo of protester outside of Capitol | | | | |
| 142 | Photo of protester with American flag | | | | |

8

UNITED STATES OF AMERICA

VS.

RILEY JUNE WILLIAMS

Civil/Criminal No.   21-cr-618

Government ☐
Plaintiff ☐
Defendant ✓
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 143 | Photo of protester outside of Capitol, descending steps | | | | |
| 144 | Photo of protesters in Rotunda | | 11-15 | LUND | |
| 145 | Photo of Oath Keepers on Capitol steps | | 11-15 | LUND | |
| 146 | Photo of protesters outside tunnel | | | | |
| 147 | Photo of protesters breaking window | | | | |
| 148 | Photo of protester in Senate gallery | | | | |
| 149 | Photo of protesters at entrance to tunnel | | | | |
| 150 | Photo of protester with Trump pom pom hat | | | | |
| 151 | Reese body cam- January 6 (FULL VIDEO) | | | | |
| 152 | Bates body cam- January 6 (FULL VIDEO) | | | | |

9

UNITED STATES OF AMERICA

VS.

RILEY JUNE WILLIAMS

Civil/Criminal No. 21-cr-618

Government
Plaintiff
Defendant ✓
Joint
Court

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 153 | Done body cam - January 6 (FULL VIDEO) | | | | |
| 154 | Elliot body cam - January 6 (FULL VIDEO) | | | | |
| 155 | Rubin body cam -January 6 (VIDEO) | | | | |
| 156 | Kevin Lyons video Clip 8, 15 to end | | | | |
| 157 | David Walls-Kaufman Video | | | | |
| 158 | Hunter Palm_Video_Redacted | | 11-14-22 | LUND | |
| 159 | FBI Interview of Maryann Mooney Rondon (AUDIO) | | | | |
| 159A | Transcript of Maryann Mooney Rondon Interview | | | | |
| 159H.1 | 159H.1_M Rondon TRANS Clip 7_R | | | | |
| 159H | 159H_M Rondon AUDIO Clip 7 _R | | 11-14 | LUND | |

UNITED STATES OF AMERICA

VS.

RILEY JUNE WILLIAMS

Civil/Criminal No. ___21-cr-618___

| | Government | | | |
|---|---|---|---|---|
| | Plaintiff | | | |
| | Defendant ✓ | | | |
| | Joint | | | |
| | Court | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 159I.1 | M Rondon TRANS Clip 8 | | | | |
| 159I | M Rondon AUDIO clip 8_scarf or glove | | 11/14/22 | LUND | |
| 160 | Video of Senate Wing door breach | | | | |
| 161 | Williams Discord Statement | | | | |
| 162 | Rawstory Oathkeeper Article Full | | | | |
| 162A | Article clip | | | | |
| 162B | Article photo | | | | |
| 163 | Congressional Montage Clip 8.47 to 9.51 | | 11-15 | LUND | |
| 164 | Video, Ohio Clock | | | | |
| 165 | Video, Ohio Clock | | | | |

UNITED STATES OF AMERICA

VS.

RILEY JUNE WILLIAMS

Civil/Criminal No. 21-cr-618

Government
Plaintiff
Defendant ✓
Joint
Court

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 166 | Video, Statuary Hall Connector | | | | |
| 167 | Video, Statuary Hall Connector with protesters | | | | |
| 168 | Video of Statuary Hall | | | | |
| 169 | Video of Statuary Hall, West | | | | |
| 170 | Video of Statuary Hall, East | | | | |
| 171 | Video of Statuary Hall, East | | | | |
| 172 | Photo of Williams on January 6 | | 11-15 | LUND | |
| 173 | FBI Interview of Rafael Rondon (AUDIO) | | | | |
| 173E.1 | R Rondon TRANS Clip 5_R | | | | |
| 173E.2 | R Rondon TRANS Clip 5A | | | | |

12

UNITED STATES OF AMERICA

VS.

RILEY JUNE WILLIAMS

Civil/Criminal No. ___21-cr-618___

Government ☐
Plaintiff ☐
Defendant ☑
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 173E.3 | R Rondon AUDIO Clip 5A | | 11/14 | LUND | |
| 173E | R Rondon AUDIO Clip 5_R | | 11/14 | LUND | |
| 173F.1 | R Rondon TRANS Clip 6 | | | | |
| 173F | R Rondon AUDIO Clip 6_R | | 11/14 | LUND | |
| 174 | Oathkeepers Circled from Behind | | | | |
| 175 | Oathkeepers Circled | | | | |
| 176 | Rafael Conference Table Photo | | 11/14/22 | LUND | |
| 177 | CCTV 0931_H230 | | 11/14/22 | LUND | |
| 178 | CCTV 0935_H232 | | | | |
| 179 | Sidlo Video 1 – Rotunda_Redacted | | 11-14  11-08 | LUND  FLEET | |

13

UNITED STATES OF AMERICA

VS.

RILEY JUNE WILLIAMS

Civil/Criminal No. ___21-cr-618___

Government ☐
Plaintiff ☐
Defendant ☑
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 180 | Sislo Video 2 – Pelosi Office | | 11/14 | LUND | |
| 181 | UTC to EST conversion chart (20210106) | | | | |
| 182 | Williams Amend Criminal Complaint-Unredacted | | | | |
| 183 | Water bottle (Video) | | | | |
| 184 | We Stormed the White House | | | | |
| 185 | Screenshot from GEX 3.2 – Man with police baton | | 11/15 | LUND | |
| 186 | Screenshot from GEX 3.2 – Man in tactical gear | | | | |
| 187 | Capitol Hill Occupy VIDEO Clip_GEX 3_6 | | | | |
| 188 | Mancuso body cam | | | | |
| 189 | McCloskey body cam | | | | |

14

UNITED STATES OF AMERICA

VS.

RILEY JUNE WILLIAMS

Civil/Criminal No. __21-cr-618__

| | |
| --- | --- |
| Government | |
| Plaintiff | |
| Defendant | ✓ |
| Joint | |
| Court | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
| --- | --- | --- | --- | --- | --- |
| 190 | Mumtaz body cam | | | | |
| 191 | Marsh body cam | | | | |
| 192 | Mayors 1_6_21 Order and Citywide Curfew_ GEX 10.1 | | | | |
| 193 | 20211109 Gazelle Report_ FBI-X-010-00000030_native | | | | |
| 194 | HDD was a joke 79677894874667 4216_Full | | | | |
| 195 | Screenshot Gov Ex 1_5 Officer Butler at 43 seconds | | | | |
| 196 | Screenshot of Gov Ex 1_5 of Officer Butler nametag | | | | |
| 197 | Snapshot Gov Ex 1_5 at 18 sec arms folded | | | | |
| 198 | Snapshot Gov Ex 1_5 at 23 sec contact with baton | | | | |
| 199 | BWC Officer Benjamin Rubin_GEX 1.1 | | | | |

UNITED STATES OF AMERICA

VS.

RILEY JUNE WILLIAMS

Civil/Criminal No. ___21-cr-618___

Government ___
Plaintiff ___
Defendant ✓
Joint ___
Court ___

☐ ☐ ✓ ☐ ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 200 | BWC Officer Ashley Mancuso_GEX1.2 | | | | |
| 201 | BWC Officer Randy Done_GEX 1.3 | | | | |
| 202 | BWC Officer Anam Mumtaz_GEX 1.4 | | | | |
| 203 | BWC Officer Darrin Bates_GEX 1.5 | | | | |
| 204 | BWC Officer Rochelle Butler Elliott_GEX 1.6 | | | | |
| 205 | BWC Officer Michael Reese_GEX 1.7 | | | | |
| 206 | BWC Officer Sean McCloskey_GEX 1.8 | | | | |
| 207 | Gloves | | | | |
| 208 | 20210120 Dalton 302 | 11/09/22 | NOT ADMITTED NOT ADMITTED | Mark Dyton JR | |
| 209 | 20210818 Dalton 302 | " | | " " " | |

16

UNITED STATES OF AMERICA

vs.

RILEY JUNE WILLIAMS

Civil/Criminal No. 21-cr-618

Government ☐
Plaintiff ☐
Defendant ✓
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 210 | 20221012 Dalton 302 | 11/9/22 | NOT ADMITTED | MARC DMITRI, JR | |
| 211 | 20221102 Dalton 302 | | | | |
| 212 | 20220419 Dalton 302 | | | | |
| 213 | 20220422 Dalton 302 | 11/9/22 | NOT ADMITTED | MARC DMITRI, JR. | |
| 214 | conference table | | 11/10 | DOUGLAS Luckel | |
| 215 | gloves with opened drawer | | 11/10 | " " | |
| 216 | opened drawer | | " " | " " | |
| 217 | opened drawer 3 | | " " | " " | |
| 218 | opened drawer 2 | | 11/10 | DOUGLAS Luckel | |
| 219 | 20210125 Thomas 302 | | | | |

17

UNITED STATES OF AMERICA

VS.

RILEY JUNE WILLIAMS

Civil/Criminal No. 21-cr-618

Government ☐
Plaintiff ☐
Defendant ✔
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 220 | 2202022101019 Thomas 302 | | | | |
| 221 | Apple Iphone S BCGE2944A SW | | | | |
| 222 | Williams 2 Apple Accounts SW | | | | |
| 223 | Williams T-Mobile Account SW | | | | |
| 224 | Rondon Crim Comp and Statement of Facts | | | | |
| 225 | Rondons in Senate | | | | |
| 226 | Speakers Lobby Breach | 11/15/22 | NOT ADMITTED | | |
| 227 | 0303_USCS_03_Senate_Gallery_SE_near_S309_-_2021-01-06_19h34min02s | | 11/15 | LUND | |
| 228 | 0304_USCS_03_Senate_Gallery_SW_near_S324_-_2021-01-06_19h40min02s | | 11/15 | LUND | |
| 229 | 0361_USCH_03_House_Gallery_NW_near_H323_-_2021-01-06_19h30min24s | | | LUND | |

UNITED STATES OF AMERICA

VS.

RILEY JUNE WILLIAMS

Civil/Criminal No.   21-cr-618

Government ☐
Plaintiff ☐
Defendant ✓
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 230 | Discord SW | | | | |
| 231 | Discord SW No 2 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

19