CO 109A - Rev. 3/2010

**UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA**



**FILED**

**NOV 17 2022**

Clerk, U.S. District and Bankruptcy Courts

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Civil/Criminal No.: 21-CR-618 |
| ) | |
| RILEY JUNE WILLIAMS ) | |

### NOTE FROM JURY

We would like clarification on the following:

With respect to Count IV, element three (aiding and abetting) whether the government must prove that the defendant's acts had an impact on the principal offender?

Date: *[signature]* 11/17/22

Time: 2:45pm