CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 21 2022

Clerk, U.S. District and Bankruptcy Courts

UNITED STATES OF AMERICA          )
                                  )
                vs.               )        Civil/Criminal No.:  21-CR-618
                                  )
                                  )
RILEY JUNE WILLIAMS               )

### NOTE FROM JURY

We have reached unanimous verdicts for some counts, and non-unanimous verdicts for other counts.

Date: 11/21/22

Time: 1:10pm

CO 109A - Rev. 3/2010

**UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA**

**FILED**

NOV 21 2022

Clerk, U.S. District and Bankruptcy Courts

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Civil/Criminal No.: 21-CR-618 |
| | ) | |
| RILEY JUNE WILLIAMS | ) | |

## NOTE FROM JURY

We have reached unanimous verdicts for the following counts:

- Count #1 - Guilty
- Count #3 - Guilty
- Count #5 - Guilty
- Count #6 - Guilty
- Count #7 - Guilty
- Count #8 - Guilty

With respect to the remaining two counts (Count #2 and Count #4) we are deadlocked, and after careful consideration and deliberation, we do not anticipate reaching unanimity.

Date: 11/21/22

Time: 2:31 pm