UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> v. </br></br> RILEY JUNE WILLIAMS, </br></br>        Defendant. | Crim. Action No. 21-0618 (ABJ) </br></br> **FILED** </br> NOV 2 1 2022 </br> Clerk, U.S. District and </br> Bankruptcy Courts |

**VERDICT FORM**

**Count I**

I. How do you find Defendant Riley June Williams on the charge of Civil Disorder in Count 1 in the Indictment?

    __X__ Guilty     _____ Not Guilty

**If you find the defendant Not Guilty as to Count I, go on to Count II.**

**If you find the defendant Guilty on Count I, you must respond to the following interrogatories:**

Does the jury unanimously agree that the government has shown that the civil disorder obstructed, delayed, or adversely affected commerce?

    __X__ Yes     _____ No

Does the jury unanimously agree that the government has shown that the civil disorder obstructed, delayed or adversely affected the conduct of a federally protected function?

    __X__ Yes     _____ No

**Count II**

II. How do you find Defendant Riley June Williams on the charge of Obstruction of an Official Proceeding or Aiding and Abetting the Obstruction of an Official Proceeding in Count 2 of the Indictment?

_____ Guilty  _____ Not Guilty

**Count III**

III. How do you find Defendant Riley June Williams on the charge in Count Three of the Indictment: Resisting or Impeding Certain Officers with the intent to commit Count One or Count Two?

_____X_____ Guilty  _____ Not Guilty

**If you find the defendant guilty of Count III, you must respond to the interrogatories on the next page, and you must skip section A below on this page.**

**If the government has not proved the fifth element of Count III, that is, that she acted with the intent to commit Count One or Count Two, you must complete section A below and skip section B on the next page.**

   A. How do you find Defendant Riley June Williams on the lesser included charge to Count Three of the Indictment?

_____ Guilty  _____ Not Guilty

B. **If you find the defendant guilty of Count III, you must respond to the following interrogatories:**

Does the jury unanimously agree that the government has shown that the defendant acted with the intent to commit Count I?

\_\_\_\_\_X\_\_\_\_\_ Yes    _____ No

Does the jury unanimously agree that the government has shown that the defendant acted with the intent to commit Count II?

_____ Yes    \_\_\_\_\_X\_\_\_\_\_ No

### Count IV

IV. How do you find Defendant Riley June Williams on the charge of Aiding and Abetting the Theft of Government Property in Count 4 of the Indictment?

_____ Guilty    _____ Not Guilty

### Count V

V. How do you find Defendant Riley June Williams on the charge of Entering and Remaining in a Restricted Building or Grounds in Count 5 of the Indictment?

\_\_\_\_\_X\_\_\_\_\_ Guilty    _____ Not Guilty

### Count VI

VI. How do you find Defendant Riley June Williams on the charge of Disorderly and Disruptive Conduct in a Restricted Building or Grounds in Count 6 of the Indictment?

_____X_____ Guilty  _____ Not Guilty

### Count VII

VII. How do you find Defendant Riley June Williams on the charge of Disorderly Conduct in a Capitol Building or Grounds in Count 7 of the Indictment?

_____X_____ Guilty  _____ Not Guilty

### Count VIII

VIII. How do you find Defendant Riley June Williams on the charge of Parading, Demonstrating, or Picketing in a Capitol Building in Count 8 of the Indictment?

_____X_____ Guilty  _____ Not Guilty

\_\_\_\_11/21/22\_\_\_\_
Date