21-CR-618

Leave to file GRANTED
ABJ 2/14/2023
Amy B. Jackson    Date
United States District Judge

Judge Jackson,

I am Ian, Riley's fiancé. I've known Riley for over 2 years now and I've seen a dramatic shift in her personality and overall demeanor. Her and I viewed her house-arrest over the past two years as a blessing and a curse. During that time she was able to self reflect on a lot of different problems she was facing, and accept the reality she was living.

Before everything happened, Riley was addicted to the internet, seeking attention and afirmation from anyone she could. During that time she was spiritually lost and deeply confused with what she wanted in life. House arrest however, made her realize the error of her ways. Her priority changed from self-indulgence and degeneracy to finding God and being the best Christian she can be.

All Riley wants now is to be a mother, wife, and a servant to God. Her faith has increased exponentially. When she has kids, she plans to homeshool, teaching them to be virtuous, honorable, and loving. Riley wants a garden to grow food, sheep for their wool, and a cow to get fresh milk. She cares very very deeply for these things. She's a changed woman.

With this in mind, she had a miscarriage that completly devistated her. She still thinks about

Leave to file GRANTED
ABJ
2/14/2023
Date
Amy B. Jackson
United States District Judge

it months later. The stress put on her from this case and other happenings involving her ex puts her in a state of panic, fear, and sickness. Riley is a tough girl, but she's never dealt with anything like this and sometimes doesn't know how to deal with it. I can tell it eats her up.

When Riley is finally done and able to return home I plan on marrying her and starting a life together. Buying some land and getting her those sheep.

She's gone through a constant emotional-roller coaster these past two years. How much more does she have to go through? I don't know how long Riley needs to be away for, but no matter the time me and her family will patiently wait for her release. Riley and I know the Lord has a plan for us, and we trust Him with all our hearts. Thank you for being a fair and impartial judge.

Riley's Fiancé,
Ian Hoyt Franz

Ecclesiastes 4:8-12 KJV
Psalm 1:1-6 KJV