Leave to file GRANTED
ABJ 2/14/2023
Amy B. Jackson          Date
United States District Judge

1/30/23

The Honorable Judge Amy Berman Jackson,
21-CR-618

    I am writing to you in regards to my daughter, Riley Williams. I would like to tell you about her, the things you didn't hear from the media or the prosecution at her trial.

    Riley is devoutly religious. She longs for a simple life. Her dream for the future is to have a home on a large plot of land, a large family, lots of vegetables + fruits growing in a garden, and farm animals to raise for their own consumption.

    We were evicted from our apt. in January 2021, after the media camped out in our parking lot. We were given 10 days to vacate. I'm on disability from a malignant tumor that is lodged between my bowel + bladder. I've had surgery to remove a portion of it, + to put a metal cage around the vertebrae that were eaten by the cancer, as well as bolting together part of my pelvis that was destroyed as well. Given that, I was in no shape to move (financially or physically).

With Riley being on house arrest, she was unable to help move things into storage. With the help of family, we moved into my mom's home. Riley & I shared a bedroom there for 6 months.

During that time, Riley was a big help to her grandma ("Nanny"), who is 78 & suffers with COPD. Riley enjoyed helping her & always offered her services, whether it was taking laundry up & down the steps, or doing any chore around the house that was needed. She even cooked a few dishes that her Nanny had never tried.

While there, she realized what a blessing it was to be forced off the internet. She found other interests, such as crocheting. She made several purses, blankets, clothing. She gave a lot of it away as gifts. Her Nanny really liked the kitchen wash clothes Riley made for her. She began reading her Bible from front to back, making notes. She started going to church & bible study classes.

When we moved into our new apartment Riley got a job at a job at Boscov's for seasonal help (Christmas). She really enjoyed the job & met a few friends there. Come Spring, she got a job at a nursery & absolutely loved it. She loves physical work & to be outside. Her co workers & bosses were great. She hated leaving, which she only did to attend her trial. One of her co-workers, Stephanie, I believe, reached out to me after they heard about Riley being detained until sentencing. They were very sad that she would be away from home for Thanksgiving & Christmas. (Her Birthday too, but they didn't know that). They wanted me to pass along to her that they love & miss her & if there is anything they could do to let them know.

  I feel the person Riley is today is quite different thant the 22 year old who went into The Capitol on Jan. 6th. It breaks my heart to see her go through all this. Not just the Jan. 6th nigtmare, but also the scary & disgusting actions of her ex, Michael Prodanov.

As her mother, I hope & pray she is not given a long sentence. I understand the gravity of Jan. 6th & what it meant to the security of our nation. I know it's important for our citizens to know that what happened is unacceptable. Please know she has grown as a person. I feel she has lost a great deal of her freedom for the last 2 years, and now loss of total freedom for these 3 months leading up to her sentencing.

Thank you for reading my letter. I appreciate your time and consideration.

Sincerely,

Wendy Williams