21-CR-618

January 16, 2023

Leave to file GRANTED
ABJ   2/14/2023
_____
Amy B. Jackson          Date
United States District Judge

Judge Amy Berman Jackson,

Your Honor, my name is Nancy Herrman and I am Riley Williams grandmother. I am writing to you asking for leniency when sentencing Riley.

My granddaughter is not a bad person. Quite the contrary. She is extremely loving and caring, however sometimes she makes bad decisions and is often led astray by others. But she truly has a kind heart. Anyone that comes in contact with Riley can attest to that. While she has been on house arrest, she and her mother stayed with me for approximately six months. During this time as well as any other she has stayed with me, she has been a God send to me. I am 78 years old and have COPD and she goes out of her way to help me. Like me, she has a love of nature and helped me with my flower beds and plants as well as helping around the house.

Riley has been under house arrest for over 2 years and now in jail awaiting sentencing. In my conversations with her during this time, I believe she has learned the error of her ways. I think that she has been punished enough for her lapse in judgement by others words. Again, I ask that you be lenient and I am sure that she won't disappoint you in your decision.

Sincerely,

Nancy Herrman