IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | Criminal No. 1:21-CR-00618 |
| | : | |
| v. | : | (Judge Berman Jackson) |
| | : | |
| RILEY JUNE WILLIAMS | : | (Electronically Filed) |

**ENTRY OF APPEARANCE**

TO THE CLERK:

Please enter my appearance on behalf of Riley June Williams in the above-

captioned case.

Respectfully submitted,

Date:  February 21, 2023

/s/ *Amanda R. Gaynor, Esquire*
AMANDA R. GAYNOR, ESQUIRE
Staff Attorney
Attorney ID# PA204831
330 Pine Street, Ste. 302
Williamsport, PA 17701
Tel. No. 570-323-9314
Fax No. 570-323-9836
*Amanda_gaynor@fd.org*
*Attorney for Riley June Williams*

## CERTIFICATE OF SERVICE

I, Amanda R. Gaynor, Esquire, of the Federal Public Defender's Office, do hereby certify that I served a copy of the foregoing **ENTRY OF APPEARANCE**, via Electronic Case Filing, and/or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, and/or by hand delivery, addressed to the following:

SAMUEL S. DALKE, ESQUIRE
Assistant United States Attorney
*Samuel.s.dalke@usdoj.gov*

MICHAEL GORDON, ESQUIRE
Assistant United States Attorney
*Michael.gordon3@usdoj.gov*

RILEY JUNE WILLIAMS

Date:  February 21, 2023

*/s/ Amanda R. Gaynor, Esquire*
AMANDA R. GAYNOR, ESQUIRE
Staff Attorney
Attorney ID# PA204831
330 Pine Street, Ste. 302
Williamsport, PA 17701
Tel. No. 570-323-9314
Fax No. 570-323-9836
*Amanda_gaynor@fd.org*
*Attorney for Riley June Williams*