IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 1:21-CR-618-ABJ |
| | : | |
| v. | : | |
| | : | |
| **RILEY JUNE WILLIAMS** | : | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE
SUPPLEMENTAL OBJECTIONS TO THE SENTENCING RECOMMENDATION**

Defendant Riley June Williams, by and through her attorneys, submits the within motion for leave to file supplemental objections to the Sentencing Recommendation (Doc. 144).

1. Sentencing in this matter is scheduled for March 23, 2023 at 9:30 a.m.

2. On February 15, 2023, the Final Presentence Investigation Report ("PSR") and Sentencing Recommendation were filed in this matter. (Docs. 143 and 144).

3. The Sentencing Recommendation contains several proposed conditions of release that the defense did not have an opportunity to review before submitting objections to the draft PSR.

4. Ms. Williams has objections to several of the proposed conditions of release contained in the Sentencing Recommendation and defense counsel requests an opportunity to file a brief for the Court's consideration. The brief has been prepared and can be filed forthwith.

Wherefore, Defendant respectfully requests that this Honorable Court grant her leave to file supplemental objections to the Sentencing Recommendation.

Date: March 2, 2023                                  Respectfully submitted:

*/s/ Lori J. Ulrich*
LORI J. ULRICH, ESQUIRE
Assistant Federal Public Defender

*/s/ Brandon R. Reish*
BRANDON R. REISH, ESQUIRE
Assistant Federal Public Defender

*/s/ Amanda R. Gaynor*
AMANDA R. GAYNOR, ESQUIRE
Staff Attorney

100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
*lori_ulrich@fd.org*
*brandon_reish@fd.org*
*amanda_gaynor@fd.org*

*Attorneys for Riley June Williams*

## CERTIFICATE OF SERVICE

I, Lori J. Ulrich, Esquire, of the Federal Public Defender's Office, do hereby certify that I served a copy of the foregoing **Defendant's Motion for Leave to File Supplemental Objections to Sentencing Recommendation** via Electronic Case Filing, and/or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, and/or by hand delivery, addressed to the following:

    Samuel Dalke, Esquire
    Assistant United States Attorney
    s*amuel.s.dalke@usdoj.gov*

    Michael Gordon, Esquire
    Assistant United States Attorney
    *michael.gordon3@usdoj.gov*

    RILEY JUNE WILLIAMS

Date:  March 2, 2023

    */s/ Lori J. Ulrich*
    LORI J. ULRICH, ESQUIRE
    Assistant Federal Public Defender
    100 Chestnut Street, Suite 306
    Harrisburg, PA 17101
    Tel. No. (717) 782-2237
    Fax No. (717) 782-3881
    lori_ulrich@fd.org
    *Attorney for Riley June Williams*