UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RILEY JUNE WILLIAMS,<br><br>                Defendant. | Crim. Action No. 21-618 (ABJ) |

## **NOTICE**

Riley June Williams, by and through undersigned counsel, respectfully files this notice of her intent to present exhibits during sentencing.  Trial Exhibits to be used at sentencing include:

| | |
|---|---|
| 109 | CLIP OF TRUMPS SPEECH (DEF TRIAL EXHIBIT) |
| 117 | US V WILLIAMS GRAND JURY TRANSCRIPT (DEF TRIAL EXHIBIT) |
| 179 | SIDLO VIDEO 1_ROTUNDA_REDACTED (DEF TRIAL EXHIBIT) |
| 180 | SIDLO VIDEO 2 – PELOSI OFFICE (DEF TRIAL EXHIBIT) |
| 158 | HUNTER PALM VIDEO_REDACTED (DEF TRIAL EXHIBIT) |
| 177 | CCTV 0931_H230 (DEF TRIAL EXHIBIT) |
| 159 | FBI INTERVIEW OF MARYANN MOONEY RONDON (DEF TRIAL EXHIBIT) |
| 159A | TRANSCRIPT OF MARYANN MOONEY RONDON INTERVIEW (DEF TRIAL EXHIBIT) |
| 159H | M RONDON CLIP 7_WHO IN BACKGROUND (DEF TRIAL EXHIBIT 159H) |
| 159H.1 | M RONDON TRANS CLIP 7 (DEF TRIAL EXHIBIT 159H.1) |
| 159I | M RONDON CLIP 8_SCARF OR GLOVE (DEF TRIAL EXHIBIT 159I) |
| 159I.1 | M RONDON TRANS CLIP 8 (DEF TRIAL EXHIBIT 159I.1) |
| 173 | FBI INTERVIEW OF RAFAEL RONDON AUDIO (DEF TRIAL EXHIBIT) |
| 173E | RONDON INTERVIEW CLIP 5_COMPUTER |

|        |                                           |
|--------|-------------------------------------------|
|        | (DEF TRIAL EXHIBIT)                       |
| 173E.1 | TRANS CLIP 5                              |
|        | (DEF TRIAL EXHIBIT)                       |
| 173F   | RONDON INTERVIEW CLIP 6_THEFT DETAILS     |
|        | (DEF TRIAL EXHIBIT)                       |
| 173F.1 | TRANS CLIP 6                              |
|        | (DEF TRIAL EXHIBIT)                       |
| 3.2    | FACEBOOK STEPHEN HORN VIDEO CLIP          |
|        | (GOVT TRIAL EXHIBIT 3.2)                  |
| 103    | SNAPCHAT VIDEO FROM SENATE WING_WILLIAMS  |
|        | (DEF TRIAL EXHIBIT)                       |
| 7.2    | 17.1 DEMONSTRATIVE FOR 7.2 T-MOBILE CHAT  |
|        | (GOVT TRIAL EXHIBIT 7.2)                  |
| 4.11   | RECORDED CALL FROM DEFENDANT              |
|        | (GOVT TRIAL EXHIBIT 4.11)                 |

Date:  March 20, 2023                    Respectfully submitted:

                                                                */s/ Lori J. Ulrich*
                                                                 LORI J. ULRICH, ESQUIRE
                                                                 Assistant Federal Public Defender

                                                                */s/ Brandon R. Reish*
                                                                 BRANDON R. REISH, ESQUIRE
                                                                Assistant Federal Public Defender

                                                                */s/ Amanda R. Gaynor*
                                                                AMANDA R. GAYNOR, ESQUIRE
                                                                Staff Attorney

                                                               100 Chestnut Street, Suite 306
                                                                Harrisburg, PA 17101
                                                                Tel. No. (717) 782-2237
                                                                Fax No. (717) 782-3881
                                                                *lori_ulrich@fd.org*
                                                                *brandon_reish@fd.org*
                                                                *amanda_gaynor@fd.org*

                                                                *Attorneys for Riley June Williams*

## CERTIFICATE OF SERVICE

I, Lori J. Ulrich, Esquire, of the Federal Public Defender's Office, do hereby certify that I served a copy of the foregoing **Notice** via Electronic Case Filing, and/or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, and/or by hand delivery, addressed to the following:

Samuel Dalke, Esquire
Assistant United States Attorney
*samuel.s.dalke@usdoj.gov*

Michael Gordon, Esquire
Assistant United States Attorney
*michael.gordon3@usdoj.gov*

RILEY JUNE WILLIAMS

Date: March 20, 2023

*/s/ Lori J. Ulrich*
LORI J. ULRICH, ESQUIRE
Assistant Federal Public Defender
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
lori_ulrich@fd.org
*Attorney for Riley June Williams*