| BP-A324.052 | | U.S. DEPARTMENT OF JUSTICE |
|---|---|---|
| OCT 98 | | FEDERAL BUREAU OF PRISONS |

## WORK PERFORMANCE RATING - INMATE

| Inmate's Name | Register No. | Unit |
|---|---|---|
| Williams, Riley | 26023-509 | K-A |
| Evaluation Period | Work Assignment | |
| 1/01/2024 | W Lands AM | |

**Bonus Justification**
Inmate Williams does superior work assigned to the W Lands AM detail, Inmate Williams completes tasks on the W LANDS AM detail, and also completes Snow Removal tasks during incliment weather. Inmate Williams would do well at a more demanding job.

Signature and Date of Dept. Head Approval

*COPY*

Route to Dept. Head for Review, Then to Unit Team

Instructions: Check the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
\_\_\_1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
\_\_\_2. Fair. Careless; makes mistakes and does not check work. Should do better work.
\_\_\_3. Satisfactory. Makes some mistakes but no more than expected at this level.
\_\_\_4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
_✓_5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
\_\_\_1. Unsatisfactory. Lazy, wastes time, goofs off.
\_\_\_2. Fair. Does just enough to get by. Has to be prodded occasionally.
\_\_\_3. Satisfactory. Works steadily but does not push self.
\_\_\_4. Good. Willing Worker. Does a full day's work and wastes little time.
_✓_5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
\_\_\_1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
\_\_\_2. Fair. Usually relies on others to say what needs to be done.
\_\_\_3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
_✓_4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
\_\_\_5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
\_\_\_1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
\_\_\_2. Fair. Shows minimal interest but not very eager to learn.
\_\_\_3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
\_\_\_4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
_✓_5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
\_\_\_1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
\_\_\_2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
\_\_\_3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
\_\_\_4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
_✓_5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
\_\_\_1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
\_\_\_2. Needs closer supervision than most. Not very dependable.
\_\_\_3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
\_\_\_4. Needs little supervision. Good record of dependability an promptness.
_✓_5. No supervision required. Completely dependable in all things.

(This form may be replicated via WP)          Replaces BP-S324, OCT 94

**EXHIBIT A**

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
___1. Poor. Resentful and hostile. May argue with supervisor.
___2. Fair. Resists or ignores suggestions.
___3. Satisfactory. Generally does what is told without any fuss.
___4. Good. No hostility or resentment. Tries to improve.
_✔_5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
___1. Poor. Negativistic, hostile, annoying to others.
___2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
___3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
___4. Good. Friendly, congenial, helpful; others like to work with.
_✔_5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

___1. Fire or lay off that individual?
___2. Transfer the person to a less demanding job at a lower pay scale?
___3. Continue to employ the person but without a raise or promotion this time?
___4. Raise the person's pay but keep the person at the same job?
_✔_5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Check one) _✔_ 1  ___ 2  ___ 3  ___ 4  ___ M.
2. Hours of Satisfactory work __160_____.
3. Regular Pay __.40_____.
4. Bonus Recommended: _✔_ yes; ___ no
5. Total Pay __64.00 + 32.00 recommended bonus_____ __96.00__

| Supervisor's Signature | Date 01/22/2024 |
|---|---|
| Inmate's Signature | Date |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
|---|---|

FILE IN SECTION 4 UNLESS APPROPRIATE FOR PRIVACY FOLDER          **SECTION 4**

EXHIBIT A

| BP-A324.052 | | U.S. DEPARTMENT OF JUSTICE |
|---|---|---|
| OCT 98 | | FEDERAL BUREAU OF PRISONS |

## WORK PERFORMANCE RATING - INMATE

| Inmate's Name | Register No. | Unit |
|---|---|---|
| Williams, Riley | 26023-509 | K-A |
| Evaluation Period | Work Assignment | |
| 12/01/2023 | W Lands AM | |

**Bonus Justification**
**Inmate Williams does superior work assigned to the W Lands AM detail, Inmate Williams assist with other departments in completeing tasks, as well as with her unit counselor to assist with staff supply pickup and hygiene.**

Signature and Date of Dept. Head Approval

*COPY*

Route to Dept. Head for Review, Then to Unit Team

Instructions: Check the best statement in each area.  Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
___1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
___2. Fair. Careless; makes mistakes and does not check work. Should do better work.
___3. Satisfactory. Makes some mistakes but no more than expected at this level.
_✓_4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
___5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
___1. Unsatisfactory. Lazy, wastes time, goofs off.
___2. Fair. Does just enough to get by. Has to be prodded occasionally.
___3. Satisfactory. Works steadily but does not push self.
___4. Good. Willing Worker. Does a full day's work and wastes little time.
_✓_5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
___1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
___2. Fair. Usually relies on others to say what needs to be done.
___3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
_✓_4. Good. Can plan own work well. Acts on own in most things.  Doesn't wait to be told what to do.
___5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
___1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
___2. Fair. Shows minimal interest but not very eager to learn.
___3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
___4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
_✓_5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
___1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
___2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
___3. Average. No slower and no faster to learn than most inmates.  Requires average amount of instruction.
_✓_4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
___5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
___1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
___2. Needs closer supervision than most. Not very dependable.
___3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
_✓_4. Needs little supervision. Good record of dependability an promptness.
___5. No supervision required. Completely dependable in all things.

(This form may be replicated via WP)                                              Replaces BP-S324, OCT 94

**EXHIBIT A**

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
___1. Poor. Resentful and hostile. May argue with supervisor.
___2. Fair. Resists or ignores suggestions.
___3. Satisfactory. Generally does what is told without any fuss.
___4. Good. No hostility or resentment. Tries to improve.
_✓_5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
___1. Poor. Negativistic, hostile, annoying to others.
___2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
_✓_3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
___4. Good. Friendly, congenial, helpful; others like to work with.
___5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

___1. Fire or lay off that individual?
___2. Transfer the person to a less demanding job at a lower pay scale?
___3. Continue to employ the person but without a raise or promotion this time?
_✓_4. Raise the person's pay but keep the person at the same job?
___5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Check one) _✓_ 1   ___ 2   ___ 3   ___ 4   ___ M.
2. Hours of Satisfactory work **160** .
3. Regular Pay **.40** .
4. Bonus Recommended: _✓_ yes;  ___ no
5. Total Pay **64.00 + 32.00 recommended bonus**    .**96.00**

| Supervisor's Signature | Date 12/20/2023 |
|---|---|
| Inmate's Signature | Date |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
|---|---|

FILE IN SECTION 4 UNLESS APPROPRIATE FOR PRIVACY FOLDER          **SECTION 4**

**EXHIBIT A**