

*Federal Bureau of Prisons*

## Certificate of Participation

### National Parenting Program Phase 1



Phase 1 is a dynamic, psychoeducational course focused on parenting basics. This program covers topics such as appropriate discipline and developmental milestones supplemented with discussion and practical exercises. An interactive DVD series is used for a portion of the program, as this is the best way to ensure standardization across facilities. The DVDs also include discussion clips from national experts and incarcerated persons. Program content is based on an extensive literature review regarding parent-related topics, to include best practices for parenting while incarcerated, prisoners, family bonds, and social ties; and parenting while incarcerated.

**August 3, 2023**

## WILLIAMS, RILEY JUNE

# 26023-509

R. Radcliff

**Special Population Program Coordinator**

**Secure Female Facility**

**Hazelton, WV**

**EXHIBIT B**





*Federal Bureau of Prisons*

## Certificate of Participation

### National Parenting Program Completion

The Bureau's National Parenting Program is a two-phase model, consisting of multiple layers of services for incarcerated parents. This model standardizes services across all 122 institutions and ensures programming is evidence-based, while meeting the needs of the inmate population.

Phase I of the program consists of a National Parenting Program Workshop and Phase II encompasses specialty programs, ancillary services, and resources.

**October 5, 2023**

## WILLIAMS, RILEY JUNE

# 26023-509

R. Radcliff

**Special Population Program Coordinator**

**Secure Female Facility**

**Hazelton, WV**

**EXHIBIT B**



*Federal Bureau of Prisons*

## Certificate of Participation

### Partners in Parenting

This parenting program provides parents, caregivers, and guardians the tools which promote positive parent-child relationships. Throughout the 8-week sessions, participants will learn and demonstrate effective communication skills, identify positive supports and guidance needed throughout each stage of development, and identify ways to self-care as a parent.

**October 5, 2023**

## WILLIAMS, RILEY JUNE

# 26023-509

R. Radcliff

**Special Population Program Coordinator**

**Secure Female Facility**

**Hazelton, WV**



**EXHIBIT B**



# Certificate of Completion

THIS ACKNOWLEDGES THAT

WILLIAMS, R. 26023-509

HAS SUCCESSFULLY COMPLETED THE

**ACE Class:  U.S. GEOGRAPHY**

NOVEMBER 2023

**E. Lantz Education Specialist**

**SFF Education
Department**

**EXHIBIT B**



# CERTIFICATE OF COMPLETION

THIS CERTIFICATE IS AWARDED TO:

## R. Williams
## 26023-509

This is to certify that the above-named participant has successfully completed
S.F.F. Hazelton's Basic Crochet Class on 11/29/2023

PRESENTED BY J. ZACCONE, RECREATION. SPECIALIST

**EXHIBIT B**



## CERTIFICATE OF COMPLETION

*Riley Williams*

The above listed inmate has successfully completed
the FSA / EBRR class:

### THRESHOLDS

This person completed a minimum of 20 weeks of study, including
30 hours in-class study, mentoring, journals, & PRE/POST Tests.

Approved: _____

Rev. Eric D. Kyler, Complex Supervisory Chaplain

*December 5, 2023*

Date

**EXHIBIT B**



*Federal Bureau of Prisons*

## Certificate of Participation

### Access

Access is designed for incarcerated women who are survivors of domestic violence. This program helps women overcome the effects of the domestic violence, while creating change for their future. The program aims to assist women in identifying suitable career options to be economically independent upon reentry.

**December 15, 2023**

**WILLIAMS, RILEY JUNE**

# 26023-509

R. Radcliff

**Special Population Program Coordinator**

**Secure Female Facility**

**Hazelton, WV**

**EXHIBIT B**



*Federal Bureau of Prisons*

## Certificate of Participation

**Women's Sexual Safety**

Women's Sexual Safety is designed as a facilitated guide to help participants explore topics related to sexuality, relationships, and wellbeing.

**December 29, 2023**

**WILLIAMS, RILEY JUNE**

# 26023-509

R. Radcliff
**Special Population Program Coordinator**
**Secure Female Facility**
**Hazelton, WV**

**EXHIBIT B**