## Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 26023509 | Current Institution: | Hazelton USP |
| Inmate Name: | WILLIAMS, RILEY | Housing Unit: | HAF-K-A |
| Report Date: | 01/24/2024 | Living Quarters: | K12-207U |
| Report Time: | 9:56:27 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

### General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 3496 |
| PAC #: | 438295671 |
| Revalidation Date: | 10th |
| **FRP Participation Status:** | **Completed** |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 4/24/2023 |
| Local Account Activation Date: | 4/25/2023 3:17:05 AM |
| Sort Codes: | |
| Last Account Update: | 1/22/2024 8:09:10 AM |
| Account Status: | Active |
| Phone Balance: | $0.00 |

### Pre-Release Plan Information

| | |
|---|---|
| Target Pre-Release Account Balance: | $0.00 |
| Pre-Release Deduction %: | 0% |
| Income Categories to Deduct From: | ☑ Payroll   ☑ Outside Source Funds |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| | | |

### Account Balances

| | |
|---|---|
| Account Balance: | $589.71 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $589.71 |
| National 6 Months Deposits: | $1,912.00 |

**EXHIBIT C**