

**Individualized Needs Plan - Program Review   (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: WILLIAMS, RILEY JUNE   26023-509

SEQUENCE: 02327471
Team Date: 11-08-2023

| | | |
|---|---|---|
| Facility: | HAF  HAZELTON FCI | Proj. Rel. Date: 05-08-2025 |
| Name: | WILLIAMS, RILEY JUNE | Proj. Rel. Mthd: FIRST STEP ACT RELEASE |
| Register No.: | 26023-509 | DNA Status: HAF04032 / 05-09-2023 |
| Age: | 24 | |
| Date of Birth: | 12-15-1998 | |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| *NO DETAINER* | |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| HAF | W LANDS AM | W LANDS AM | 09-20-2023 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| HAF | ESL HAS | ENGLISH PROFICIENT | 05-09-2023 |
| HAF | GED HAS | COMPLETED GED OR HS DIPLOMA | 05-09-2023 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| HAF | | ACE: UNITED STATES GEOGRAPHY | 10-07-2023 | CURRENT |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|
| 09-05-2023 | 316 : BEING IN UNAUTHORIZED AREA |
| 08-14-2023 | 305 : POSSESSING UNAUTHORIZED ITEM |

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 05-09-2023 |
| CARE1-MH | CARE1-MENTAL HEALTH | 05-18-2023 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 05-08-2023 |
| YES F/S | CLEARED FOR FOOD SERVICE | 07-19-2023 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED NONE | DRUG EDUCATION NONE | 05-26-2023 |

### FRP Payment Plan

Most Recent Payment Plan

**FRP Assignment:** **PART**   FINANC RESP-PARTICIPATES   **Start: 05-17-2023**

Inmate Decision: **AGREED**   $571.00   Frequency: **MONTHLY**
Payments past 6 months:   $1,367.00   Obligation Balance: **$903.00**

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $270.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

| Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|
| | 09-12-2023 | HAF | PAYMENT | INSIDE PMT | $45.00 |
| | 08-08-2023 | HAF | PAYMENT | INSIDE PMT | $200.00 |
| | 06-13-2023 | HAF | PAYMENT | INSIDE PMT | $25.00 |

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 2 | REST CV | $2,000.00 | $903.00 | IMMEDIATE | AGREED |

| Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|
| | 10-11-2023 | HAF | PAYMENT | INSIDE PMT | $571.00 |
| | 09-12-2023 | HAF | PAYMENT | INSIDE PMT | $526.00 |

Sentry Data as of 11-08-2023   Individualized Needs Plan - Program Review   (Inmate Copy)   Page 1 of 3

**EXHIBIT D**



| | Individualized Needs Plan - Program Review   (Inmate Copy) | SEQUENCE: 02327471 |
|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | Team Date: 11-08-2023 |
| | Plan is for inmate: WILLIAMS, RILEY JUNE   26023-509 | |

### FRP Deposits
Trust Fund Deposits - Past 6 months:   $ N/A          Payments commensurate ?   N/A
New Payment Plan:   ** No data **

### Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 07-30-2023 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 10-03-2023 |
| N-ANTISO Y | NEED - ANTISOCIAL PEERS YES | 10-03-2023 |
| N-COGNTV Y | NEED - COGNITIONS YES | 10-03-2023 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-09-2023 |
| N-EDUC N | NEED - EDUCATION NO | 10-03-2023 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 10-03-2023 |
| N-FM/PAR Y | NEED - FAMILY/PARENTING YES | 10-03-2023 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 10-03-2023 |
| N-MEDICL N | NEED - MEDICAL NO | 10-03-2023 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 10-03-2023 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 10-03-2023 |
| N-TRAUMA N | NEED - TRAUMA NO | 10-03-2023 |
| N-WORK Y | NEED - WORK YES | 10-03-2023 |
| PREF HOUSE | EBRR INCENTIVE PREFER HOUSING | 05-26-2023 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 10-03-2023 |

### Progress since last review
Inmate Williams has obtained a work assignment, is enrolled in and participating in the following: ACE: US Geography, Access, Women's Careers, Life Skill, and Sex Safe; has completed Partners in Parenting and National Parenting, Phase One, is waitlisted for multiple programs/classes; however, she has not maintained clear conduct as she was sanctioned two times for 300 series infractions.

### Next Program Review Goals
Inmate Williams should retained her work assignment, maintain clear conduct, complete ACE: US Geography, Access, Women's Careers, Life Skill, and Sex Safe, and maintain waitlisted classes and participate in any as they become available by next review.

### Long Term Goals
By November 2024, inmate Williams should have retained her work assignment, maintained clear conduct, have completed ACE: US Geography, Access, Women's Careers, Life Skill, and Sex Safe, and maintained waitlisted classes and participate in any as they become available.

### RRC/HC Placement

### Comments
PREA Risk Factors were reassessed, no changes in
risk level were noted. A discussion with the inmate was performed about the
location of children and family, not just destination
prior to considering and recommending transfer.