```
HAF65  606.00  *     FEMALE CUSTODY CLASSIFICATION FORM      *      01-24-2024
PAGE 001 OF 001                                                      09:59:59
                            (A) IDENTIFYING DATA
REG NO..: 26023-509         FORM DATE: 11-01-2023            ORG: HAF
NAME....: WILLIAMS, RILEY JUNE
                                       MGTV: GRTR SECU
PUB SFTY: NONE                         MVED: 10-24-2024
                             (B) BASE SCORING
DETAINER: (0) NONE             SEVERITY.......: (5) HIGH
MOS REL.: 18                   CRIM HIST SCORE: (00) 0 POINTS
ESCAPES.: (0) NONE             VIOLENCE.......: (0) NONE
VOL SURR: (0) N/A              AGE CATEGORY...: (8) 24 OR LESS
EDUC LEV: (0) VERFD HS DEGREE/GED  DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
                            (C) CUSTODY SCORING
TIME SERVED.....: (4) 26-75%   PROG PARTICIPAT: (1) AVERAGE
LIVING SKILLS...: (1) AVERAGE  TYPE DISCIP RPT: (2B) > 1 MOD
FREQ DISCIP RPT.: (1) 2-5      FAMILY/COMMUN..: (3) MINIMAL


                     --- LEVEL AND CUSTODY SUMMARY ---

BASE CUST VARIANCE  SEC TOTAL  SCORED LEV MGMT SEC LEVEL   CUSTODY  CONSIDER
+13   +12    +1        +14      MINIMUM        LOW            IN    INCREASE



G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

**EXHIBIT E**