

April 25, 2024

**Chief Federal Public Defender**
Heidi R. Freese

**First Assistant**
**Federal Public Defender**
Leo A. Latella

**Senior Counsel**
Ronald A. Krauss

**Chief, Trial Unit**
Lori J. Ulrich

**Chief, Appellate Unit**
Frederick W. Ulrich

**Senior Litigator**
Thomas A. Thornton

**Assistant**
**Federal Public Defenders**
Ari D. Weitzman
Alexandria J. Lappas
Jason F. Ullman

**Staff Attorney**
Ryan F. Shelley

**HARRISBURG OFFICE**
100 Chestnut Street, Third Floor
Harrisburg, Pennsylvania 17101
Tel.: 717-782-2237
Fax: 717-782-3881

**Assistant**
**Federal Public Defenders**
Leo A. Latella
  Manager, Scranton Operations
Elliot A. Smith
Brandon R. Reish

**SCRANTON OFFICE**
201 Lackawanna Avenue, Ste. 317
Scranton, Pennsylvania 18503
Tel.: 570-343-6285
Fax: 570-343-6225

**Assistant**
**Federal Public Defender**
Gerald A. Lord

**Staff Attorney**
Tammy L. Taylor
Amanda R. Gaynor

**WILLIAMSPORT OFFICE**
330 Pine Street, Ste. 302
Williamsport, Pennsylvania 17701
Tel.: 570-323-9314
Fax: 570-323-9836

**VIA CM/ECF FILING**
The Honorable Amy Berman Jackson
Senior Judge
United States District Court, District of Columbia
333 Constitution Avenue NW
Washington, D.C. 20001

         Re:   *United States v. Williams*
                  1:21-CR-618-ABJ

Dear Judge Jackson,

    We write on behalf of Riley Williams, who was sentenced by this Honorable Court in March of 2023.

    Yesterday evening, a Petition for Modification of Supervised Release by United States Probation Officers Dixon and Suber, seeking to introduce a computer monitoring condition to Ms. Williams' supervised release. Undersigned counsel were not given notice of this proposed modification prior to the filing of the petition, in violation of Ms. Williams' Sixth Amendment right to counsel. Moreover, this proposed condition was previously objected to by undersigned counsel in the presentence phase of Ms. Williams case, and this Court declined to impose such a condition at sentencing.

    We respectfully request an opportunity to file an opposition to the Petition, and request that the Court permit us to do so by Thursday, May 2, 2024.

                  Very truly yours,

                  *Lori J. Ulrich*
                  Lori J. Ulrich

                  *Amanda R. Gaynor*
                  Amanda R. Gaynor

cc:   Samuel Dalke (*via CM/ECF*)
       Michael Gordon (*via CM/ECF*)
       USPO Kenika Dixon (*via CM/ECF*)
       USPO Shawn A. Suber (*via CM/ECF*)